David Steven Braun        Pro Se
PO Box 563
Gallatin Gateway, MT 59730-0563
406-404-2027
Dsb522@4securemail.com

**FILED**

OCT 3 1 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

David Steven Braun                   **CV 17 6294 HRL**

      Plaintiff                      Case No. _____

VS.

Yahoo                                COMPLAINT
      Defendant,

_____

## **Jurisdiction**

    This court has Jurisdiction under 28 U.S.C & 1332.
Plaintiffs and defendants are citizens of different States and
the disputed amount is greater than $75,000. I also believe
that 42 U.S.C. 1983 applies which also give this court
Jurisdiction under 28 U.S.C. & 1331.

## VENUE

Venue is appropriate under 28 U.S.C Code & 1391(b)(1).  It is the District in which the defendant resides and also complies with the Proper Venue clause  that is stated in Paragraph 28 in the Yahoo Terms of Service.  This was found at

https://policies.yahoo.com/us/en/yahoo/terms/utos/index.html

## COMPLAINT

The Plaintiff was a victim of an extremely malicious illegal wiretapping.  To obtain the illegal warrant,  they added several fictitious residents  to my rule Montana Ski Condo and then sold I Guess a Federal Judge into signing a court order based on the criminal background off someone else's social security number that has nothing to do with me or any off my house hold residents.  While not only listening,  the facility intentionally affected service.  Their were entries made in several databases including possibly  Yahoo employees that caused all emails to federal agencies such as law enforcement not be responded to.  This also impacted the ability to make appointments  with  lawyers that would understand this type off litigation, and to obtain employment.  Microsoft was my long time personal email vender.  I obtained a gmail account when I upgraded to android on my Verizon Cell.  Due to service problems,  I opened a yahoo mail account.  I halve been using quit a bit off Docket Time in Montana Federal and DC Federal to get this corrected.  See,  2:13-cv-00036-DWM Braun VS the US Government.  I was ordered twice to affect proper service or do thirty days contempt.  I was dismissed out off Butte without Pre Judice and had to refile in DC 1:14-cv-01286-JEB Braun v U.S. Government.  I halve also had Google, 2:13-cv-00040-SHE, Verizon 2:13-cv-00054-CSO, and Microsoft in 2:15-cv-00063-BMM Federal Court to correct this issue.  During this time,  I was using my yahoo mail account to among other things interact with courts.  Deal with lawyers and law enforcement.  This was

hampered buy the service issues created buy the illegal behavior.   I approached the Yahoo. General counsel office in Feb of 2014 to take a look at the account and see if they could offer any financial assistance.   At that time, I did not completely understand that the Plaintiff is failing and FBI West Virginia Civil background check and is unable to do anything privately out of court.   I yet again approached the General Counsels office in June of 2014 about the issues.   They had customer service contact me.   I could tell buy the conversation that they were not happy with the account and wished to proceeded in court.    It was my take is that their was still some kind off authorized access that was going very wrong. Previously I served Microsoft in Bozeman State district court. Their General Counsel filled  a very strange 12b(6) motion to dismiss with Pre-Judice without specifically responding to the accusations in the complaint. While doing so,  they moved the case  to federal Jurisdiction.    They pro-havocked in two more lawyers just to dismiss the Pro Se litigant.  This did greatly improve the situation.  In late December of 2015, early 2016 I filed the included suite in Bozeman District and served Yahoo. I also approached the executive branch and asked them to contact the Vendor and see if they could correct the problem quicker than this process of moving this suite to federal Jurisdiction. At this time I did not completely understand the FBI West Virginia Civil Background Check issue,  but I guess Yahoo felt happy enough about the non civil issues surrounding the account to ask that the case be dismissed due to an improper venue. They retained a single lawyer and it was dismissed out off Bozeman District.   I am now filling this suite with the pure intent off Civil compensation for the Plaintiff.   This has taken over three years to get corrected.   Their has been substantial damage to my health.  It is unclear the true damage done buy the accounts Data Breach.  Due to all off this I halve wound up on an FBI watch list that buy the Bureaus own admission will impede  hiring in the future.

## Facts

1.  After contacting Yahoo's general counsels office twice, and being contacted buy their concierge service.  I filed the Exhibited law suite in Bozeman District Court.

2.  At the time,  I did not completely understand the subtleties and the issues around the Plaintiff failing the FBI Civil Background Check.  I stated the intention off the suite as being formally corrective action.

3.  I also approached the Executive Branch and asked them to assist in correcting the non financial issues.

4.  After doing this,  I guess Yahoo was comfortable enough to dismiss the Bozeman District suite on an improper venue.

5.  The Plaintiff then again approached Yahoo with a request for a private settlement.  See the letter dated 7/8/2016, Exhibit 16.  I did not completely understand the issue,  but Yahoo was legally unable to respond with any offer.

6.  I then sent the Attached letter Exhibit 17 dated 8/30/2017 to anticipate this suite.  This letter also went un-responded to.

## **ACUZATIONS**

1.    The complaint that was filed in Bozeman District was not
      responded to.   Please respond to it as part of this
      complaint.

2.    Their was improper access to my email account internally
      buy yahoo employees.

3.    My email were exported outside the company.

4.    Their were entries made analogues to the entries in the
      Called ID name database that is displayed in Exhibit 15.
      This represents as I understand it that their has been
      some due process off law,  and that the owner off the
      account is not allowed to speak to supervisors.   It
      also causes all emails to any kind off Law Enforcement
      to not be responded to.   Verbal complaints from a phone
      with this entry are not taken.  It is unclear if crimes
      reported from an email with this entry would be
      investigated.

5.    I contacted Yahoo customer service on this issue several
      times.  They were unable to correct it,  but while
      looking into the issue,  I was asked to check my
      firewall and their was some suspicious open ports.
      Does Yahoo halve a record off this investigation.

6.    I halve included as Exhibit 28,  a Plait run from the
      local court house.   This was obtained buy putting my
      license plait into the Court House Computer.  If you
      note,  there are three occupants that come out on the
      print out.  A David Robert Braun,  a David William

Braun,  and my self, David Steven Braun.   The reason
these name appear on this printout is that they halve
been added to the Postal Database as occupants off the
mailing address that was furnished to the DMV and the
point off contact for the owner off the Vehicle.  I
halve also included exhibits 25 and 26,  my criminal
record from the FBI,  I don't halve one,  and a
statement from the state of Montana  to the same affect
and additionally that the plaintiff also has no alerts
off any kind.

7.      I halve also included Exhibit 29 and a CD with audio
        sound bits from two traffic stops.  Exhibit 29 was
        returned from the FBI Records office in DC.   The actual
        requested results off requested criminal investigations
        from the FBI was denied at director level,  but the
        records office did include this antidote.   Note they
        very carefully had to redact the names off the local FBI
        and local sheriffs department personal from the
        document.  But please note it states very clearly that I
        was told to leave the local FBI office very rudely,  and
        then apparently behind my back the agent called the
        local police and had them run my plaits.  The local
        police told the FBI that I allegedly halve anti law
        enforcement and mental subject on my rap sheet.  If you
        listen to the traffic stop, the law enforcement dispatch
        states the name  David Robert Braun,  has these alerts.
        Essentially,  he has run the plaits and taken a
        different persons criminal record and pointed at me. It
        is my belief that yahoo made entries or adjustment to my
        email account that slurred my name,  made impossible to
        obtain legal advice and cause many people to believe
        that I had been convicted off these crimes in a court
        off law.

8.      My understanding is that one off these issues is an
        incompetency hearing.   If this were true,  I would not
        halve a drivers license,  a Bank Account,  a credit
        card.   If this were really on my record.  I would not
        be driving an infinity fx,  or be allowed to possess

firearms or skeet at a local club as the Local Sheriff observed.

## Requested Damages.

As a result of the data breach, the amount off time necessary to correct this situation, the stress, the damage to my health, I am now 49, and it is unlikely that I would be able to return to a normal carrier or profession as I once practiced it. I will always halve health issues that will probably re-surface later in life. Personal security issues, both electronic and physical. That fact that I will always be looking over my shoulder due to these events. I am on a Watch List in the FBI West Virginia data center that will also impede future hiring, so for all intensive purposes, I need to plane and provided a nest egg that will allow for a quality of living the rest of my life. Yahoo beers quit a bitt off responsibility in this situation. I am their for Demanding 1,500,000 shares AABA or any monetary equivalent as compensation for the negligence of the company and to make the Plaintiff Whole. It is my understanding that their has been some corporate reorganization. I am not 100 percent sure where yahoo mail landed.

## Background on Plaintiffs Previous Military Service and Executed Contractual Agreements.

These issues halve been around me and what's left off my family for many years. You halve to make a decision on what you are going to do, and how far you will go. Over the years, I halve vehemently complained to the appropriate Government agencies, such as the FBI and FCC and several branches off the Military. Including the NSA, and CIA. When asked to furnish the results off what was requested and or what was found, through the official Federal FOIA records office, the requests

for records are simply denied.  See Exhibits 24 and 25.   Both
off these are records request denial's that sight executive
order 13526 as a reason to deny the request.

     As a buy product off these interactions,  it is my
understanding that my social security number has ended up on a
Watch List in the FBI West Virginia Datacenter.   This has
caused a background check to Fail when the general counsels
office runs me before offering an out off court private
settlement.  See Exhibit 20,21  an FBI record request and
response.   It is my understanding that this is the watch list
entry  that causes me to fail the civil background check.  Also
note, Exhibit 22 clearly indicates it will affect future
employment.

     Some people on this watch list,  halve signed contractual
agreements, either employment agreements with military
intelligence or Settlement agreements with the Office off
Management and Budget that halve specific clauses that would
prevent any further civil activity.  I would assume that if you
were senior enough in the DOD to halve a clause like this in
your contract, you would halve made certain that you would halve
a pay check and be comfortable for the rest off your life. In my
particular case,  there is no agreement of any kind.  While I
halve had substantial interactions  with military intelligence,
see Exhibit 18,  an official denial off the existence off any
kind off contract from the CIA and Exhibit  19 a denial from the
Office off Management and Budget.  I am, their fore un-aware of
any reason that this suite cannot proceeded,  and why it cannot
be settled or render a Judgment in this or any court off Law.

     If counsel disagrees with this please try to substantiate
the statement buy producing an actual contract or record off the
events that you believe make it impossible for this court to
render a Judgement for the  Plaintiff.    Please no private
voice mails to chambers.

David S Braun

10/11/2017

Bozeman Disrtict Law Suite

David Steven Braun
PO Box 563
Gallatin Gateway,  MT 59730-0563
406-404-2027
dbraun119@4securemail.com

Montana Eighteenth Judicial District Court,
Gallatin County

David Steven Braun                          )
           Plaintiff,            )
                       )
       Vs.                               )     Cause No
                       )     Dept.
                       )     Judge
                       )
Yahoo                                       )
                       )
       Defendant(s).                )
                       )

# COMPLAINT

## FACT'S

1. I opened my yahoo mail account dbraun119@yahoo.com in 2013.    I halve been a paid customer since then.   See Exhibit 1.

2. I had had allot off security problems with my msn account and wanted a different vender.   Yahoo had the two step verification process which is very effective if implemented properly in eliminating hacks through the login screen as such that you halve to also be in possession of the cell phone linked to the account as well as the password.

3. Among other uses I had listed and used my yahoo account as point off contact in some federal law suits against the US Government surround illegal wire tapping and electronic surveillance warrant's.

4. I sued the US Government in Butte Federal Court.   I was told twice to affect proper service or do 30 days contempt.    To correct the problem, exhibit 9 was sent to operations.   When requested the results off this from the NSA Privacy act office,   Exhibit 10,   a record request denial was issued.   What ever was found was so bad,  the suit was dismissed out off Butte Federal without

pre-judice and needed to be re-submitted in DC,   where it was finally dismissed with prejudice. I'm not sure this at this time the entire problem was completely fixed.

5.   To obtain this illegal electronic surveillance warrant,  fictitious tenantants,  real government ID's of people that do reside in my home,  were added to my mailing address.   This would at one time halve been the mailing address furnished to yahoo.   Exhibit 11 & 12 are some complaints to the postal inspector general surrounding tampering in the federal postal database and the resulting record request denial Exhibit 12 was produced.

6.   One off the buy product off these malicious tampering is that all emails to official agency's including the FBI and web sights are just not responded to.  Exhibit 14 was a submission to the FBI's ic3 web sight.   I was not responded to in any way.

7.   I had contacted yahoo customer support on several occasions. The guy did give a good tip, check my firewalls,  their was an open port.  I was assigned a case number, I believe a contact number 201310226025821.   Other than this support customer service was not help full on any off my other problems.   Please review and furnish all records regarding this incident.

8.   I sent Exhibit 3 to yahoo legal.  It arrived on Feb 13-2014.   It was not responded to.

9.   I re-sent Exhibit 3 with a new cover letter Exhibit 4 to yahoo Legal again requesting some financial assistance to the office off the General Counsel.  It was delivered  June 17-2015.  This time,   I was contacted buy a group calling them self the Yahoo Concierge.   The person left a message.  When I returned it, he verified that I was owner off dbraun119@yahoo.com.   When asked if they could settle or offer any kind off finical assistance,   a lawyer from yahoo would not speak to me.  When the cociegier person was asked if  their were still any electronic warrants on the account,   he was also unresponsive.  He said he could not address this issue.

10.  I did contact the concierge group once again.   They said that for any kind off financial assistance their would need to be a court case.   This has been my experience with other companies,  So I am bringing this suite.

11.  If Yahoo legal feels it more appropriate, after reviewing the account,   please feel free to move this suite to Federal Jurisdiction.

12.  I halve included Exhibit 8,  a current copy off my criminal record and Exhibit 7 a current copy of my resume for background in assessing damages.

## Allegations

1.     I believe that their has been court otherized access to my yahoo email account,  that was obtained illegally under the pre-tenses off a different Pearson's criminal background.  I am certain that this information was used illegally to hurt me in an unappropriated manner.  Note, I halve never been charged with any kind off crime.

2.  I believe that their may halve been some inappropriate access buy some employees inside off yahoo,  and that they may halve furnished or reviewed some off the emails or exported them outside the company.

3.  Their was known tampering in the Postal and Caller ID Database.   This has contributed to making sure that email are not responded to.   Yahoo employees may halve made similar entries or corrupted email database that halve caused email not to responded to.

4.  Yahoo customer service has made no attempt to correct or respond to the accusation or problems with the account.  They halve left me in a very rule aria without any kind off email working email for over three years.   They halve refused to diagnose or render the expertise that comes with being a major email provider or in any way to correct the problem.  I halve been unable to obtain legal or contact federal law enforcement in normal fashion.

5.  I also believe that people I halve been in contact with through this account halve been spoken to, or contacted in an attempt to gain information on what I am working on or just to learn about me. Some off my suits halve gone highly criminal,  people might like to know my plans or my current project.   Their has been a delivery attempt to keep me off the docket buy halving the post office fail to verify that the Plaintiff is the current occupant off the mailing address give as point off contact. This has maid it hard for me to stay in relationships and make friends.   This has caused me years off my life.   It has deterred women that I might halve wanted to date or even marry.   Yahoo is an accessory to this,   they halve failed to correct this in any way.

6.  Due to record corruption in the database's  when trying to deal with anonymous formal resources such as FBI, lawyers etc.  Emails are simply not responded to and contact's are not returned.  Exhibit 14 is an example.   When the FBI was contacted through their IC'3 web sight,  I was not responded to in any way.   Even to render any kind off technical assistance to correct the problem. This is representational off what was going on when I was using draun119@yahoo.com as my main email.   This in it self is life threatening. Yahoo made no attempt to assist or correct or even explain at a technical level why this was occurring.

## Stated Objectives and Demanded Relief

The first goal off this suite is to halve the court,  if necessary review the records and conduct surrounding the account.   If Yahoo would like to default,  or settle this in this forum,  rather than privately,   I am insisting on 2,000,000 shares or monetary equivalent off Yahoo common stock, ticker YHOO.

Yahoo as a minimum is extremely negligent.   They halve done nothing in any way to correct these problems.    They halve left me in a very rule aria for over three years with malfunctioning email.    I am also sure there has been highly illegal access and the uses and abuse off the electronic surveillance tactics  has also done me great harm and may ultimately cause my death.   Note the general counsels office was contacted twice,   nether contact was really returned in any way.

Due to the amount off time,  my age, 47,  damage to my health,  I do  not believe it is realistic for me to simply return to my previous occupation.  Please see Exhibit 7,  my current resume for background.

David Steven Braun

12/29/2015

12/18/2015                                   Yahoo! Wallet

Products & Services          Payment Methods          Billing History

If you are an Aabaco Small Business customer (formerly Yahoo Small Business)  please manage your billing account here

## Invoice History

| Invoice Date | Invoice | Service | Amount | Payment Method |
|---|---|---|---|---|
| 05/16/2013 | 209766357 | Yahoo! Mail Plus | $19.99 | VISA xxxx-6581 |
| 05/16/2014 | 221733664 | Yahoo! Mail Plus | $19.99 | VISA xxxx-6581 |
| 05/16/2015 | 233741304 | Yahoo! Mail Plus | $19.99 | VISA xxxx-6581 |

Note: It may take up to 24 hours for payments and other changes to your account to be reflected here.

All currency displayed in US Dollars unless specified otherwise.

Terms of Service | Privacy Policy

USPS Transaction Details                                                      Page 1 of 1

| | |
|---|---|
| **Return Address:** | DAVID S. BRAUN<br>PO BOX 161950<br>BIG SKY, MT 59716-1950 |
| **Delivery Address:** | Office of General Counsel<br>Yahoo Corporate Office Headquaters HQ<br>701 First Avenue<br>Sunnyvale, CA 94089-1019 |
| **Cost Code:** | |

**Print Date:** February 09, 2014 - 01:46:44 PM
**Mail Date:** February 10, 2014
**User:** dbraun119
**Weight:** 0 lbs 8 oz
**Refund Type:** E-refund
**Printed Msg:**

| | | |
|---|---|---|
| **Class/Service:** | Priority Mail ® | $5.05 |
| **Special Services:** | Certified Mail ® | $3.30 |
| | Return Receipt | $2.70 |
| | Electronic Return Receipt | $1.35 |
| **Insurance:** | N/A | |

TOTAL COST:                                                                    $12.40

**Tracking:** 9402811899560286077325

| Location | Date | Local Time | Description |
|---|---|---|---|
| SUNNYVALE, CA, 94088, US | February 13, 2014 | 08:04:00 | DELIVERED |
| SUNNYVALE, CA, 94088, US | February 12, 2014 | 11:44:00 | AVAILABLE FOR PICKUP |

David Steven Braun
PO Box 161950
Big Sky, MT 59716-1950
406-993-2448

Office of General Counsel
Yahoo Corporate Office Headquarters HQ:
701 First Avenue
Sunnyvale, California 94089 USA

Sir,

I am writing this to official request a settlement and an investigation into my yahoo email account, dbruan119@yahoo.com    My current residence is a Big Sky Montana Ski condo, 155 Aurora Light DR, B10.   This is a very rule aria, my local post office is very small, about a mile from my condo.   My post office box is my legal mailing address.   The actual data entry terminal I am told is in the Baxter Post office in Bozeman, approximately 50 miles away.

To my original PO box, some one malicisiouly added without my consent or knowledge two other occupants with almost the exact name and age as mine.   I halve included an NCIC report.   I am told that if you read this, you would take this as brothers.   I believe that this was done 4-5 years ago.   At least one off these people has a violent and criminal past.   I believe that he was declared   mentally incompetent and has some kind off alert as a threat to law enforcement and a history off violance.   As a result when I registered my vehicle to the PO Box, there is an alert that  come across on every traffic stop.   See/Play attached sound snippet from a no stop sigh violation.

In addition,  since my home phone bill is billed to this, as well as my cell and email, this alert come through on all off these.   This has prevented me from reporting  crimes to Salt Lake City FBI, Washington DC and local Police.   Also,  it impedes the hiring process.   The names are similar, there are places of business and corporations that I had nothing to do with and should not be associated with my mailing or email  address.    This has sleared my name, done damage to my health.   This has caused medical miss diagnosis and there halve been two medical review board transcripts  that halve either been destroyed or not furnished due to these entries.

Included is a classified NSA Foia, and I am also aware that  there has been court
ordered access to my email and cell phone  based on criminal background off these false
occupant's.   Like GPS track and wire tapping.     This was reported back in Mach.  I closed the
Box, 161490 and re-opened it.   A consumer affairs number was issued.   I re-did my driver
licenses.     I started several civil suites.   The local Bozeman court house continued to allow
this miss conduct.   What ever is in these other peoples background.   It causes lawyers not to
even introduce them selves' when they are properly served on the other side off a civil suite.
This has prevented any settlement and wasted another ten months.    The box was changed
back in Late Feb.  I halve and attached Gallatin Valley Police report that indicates in OCT, the
officer observed on sight in the Baxter post office that the ID was empty or incorrect in the post
office computer.    Also a second consumer affairs number was issued.   I believe that this also
indicated malicious and negligent activity on the part off the post office.

Now I am 45.  This behavior has sleared my name, caused damage to my health, and
cause me great personal and financial hardship.   See attached complaint to the postal
inspector.    Now this latest incident has occurred in Montana, but I suspect this has been done
at other time's and  residence's off my life.   I believe this hampered my college recruiting in
Colorado, as well as obtaining jobs in Ohio and California.    The intent of this malicious activity
is to  create a bum.  Unless you check your self out electronically,  you would halve  no idea that
this was done,  you just don't get call back's.   Opportunities for employment just don't show up
as if you are a convicted felon or are lying about your credentials.

I was advised bye local law enforcement that to correct this,  I should close my PO  box and
open a new one with me as my single tenant.   This was done back in February.    I changed
the billing address at the local 3-rivers office about a mile away from the condo.    In addition I
changed the password to access the account.    Things stop working,  I went back to the phone
company,  they consistently failed to correct the situation.   This has constituently continued.
Local law enforcement has also failed to correct the situation.    Some off the three river's
employees thought they could simply file a no trespassing from their premises and leave me in
the mountains with out phone service.   See an attached letter from David Gibson stating that
there was I was  not to return to his office.   They did actually generate two miss domeniour

tickets.   The PO Box on the tickets, 8 months later was the closed PO box.   The local phone
number provided was 406-993-9663 and does not ring back into the condo as it was changed
back in Feb with the billing address at the local office a mile away from my house.   Also note,
the wait on the drivers licenses is 210.   This is also stale as off Feb.   When I updated my
licenses, I changed my wait to 190.   The police now refuse to tell who provided this
information.   It was obviously maliciously changed back to either say I left aria or cover up what
they had done and prevent them from being charged with any kind off Crime.   In addition to
tampering with the 3-rivers computer system,  I believe they may halve been looking at and
providing access to my local and long distance call's in real time.   I did request salt lake city FBI
to look into this.   I would be interesting to know how and to who they were providing this
information  and how it was used.   I halve requested a FOIA/PA from the FBI and halve been
told that it will be at least in part classified under Title 5, U. S. Code, Section 552 and 552a.

        I did contact Yahoo customer support on several occasions.   I was assigned a contact
number 201310226025821.   One off my reasons for choosing yahoo was that it has the two
step verification process.   I was told during this call that there were some questions added to
the account that I might not know the answer to.    I said I did not provide the, and the
gentleman called me back and removed them after I gained access to account on the phone.
On another occasion,  your customer service was helpful in detecting an open socket through
my firewall.    I never did get a correct and straight answer from them on why my emails and
phone calls were not returned.

     At one point,  there was a nice feature that you could provide a contact phone number and
when the next available sales associate became available they would call you.     This quickly
and maliciously disappeared  at about the same time I was assigned this contact number.

        I would be more than happy to settle for a 3,000,000 share block off stock.  If you legal
department could look into this account and get back to me.   I would appreciate it.  I live alone,
my 406-993-2448 number rings into the condo.   There is answering machine.   I halve no
criminal record.     If you are told otherwise, please contact me, this is not correct.  As I
understand it,  there is no legal reason that would prevent one off your lawyer's from contacting
me.

David S Braun.

2/9/2014

Exhibit 4

David Steven Braun
PO Box 27
Gallatin Gateway, MT 59730-0027
406-414-7779

Office of General Counsel
Yahoo Corporate Office Headquarters HQ:
701 First Avenue
Sunnyvale, California 94089 USA

Sir,

In a previous communication, I believe you received on 2-13-2014 I asked your general counsel's office to look into some problems and abnormalities surrounding my dbraun119@yahoo.com email account. I halve enclosed the cover letter, and a copy off the electronic return receipt.

Due to some tampering in the post office computer that I was using as my mailing address, It was probably not possible for you to respond at the time you initially received the requested to look into a possible Civil Settlement. In an attempt to prevent me from tasking legal and federal law enforcement, the provided phone number may also halve been flagged as local law enforcement only. This probably prevented you from contacting me as well.

The above mailing address and phone number should hopefully halve only my self, David Steven Braun, registered as the only occupant. And I believe on off your lawyers should finally at least be able to correspond or call and at least be able to acknowledge my request for assistance.

Something I thought your legal department would find interesting, the federal law enforcement entity responsible for criminal investigation surrounding miss conduct behind the counter is the Postal Inspector General. No other law enforcement entity has jurisdiction. They list a Virginia Mailing address. Enclosed is a copy off two cover letters requesting a criminal investigation into malicious tampering on my rule PO box that was listed as my point off contact in my first letter. Please note, the official privacy act denial to release any information regarding the requested two investigations.

I would love for one off you lawyers to review dbraun119@yahoo.com and see if their isn't something we can do. It has taken me almost two years to put a stop to most off the serious malfeasance. I halve been without an income for almost 4.

I look forward to your review off this and my previous request. Please contact me with your response.

David S Braun

6/11/2015

USPS Transaction Details                                                              Page 1 of 1

| | | |
|---|---|---|
| **Return Address:** | DAVID S. BRAUN<br>PO Box 27<br>Gallatin Gateway, MT 59730-0027 | |
| **Delivery Address:** | Office of General Counsel<br>Yahoo Corporate Office Headquarters HQ<br>701 First Avenue<br>Sunnyvale, CA 94089-1019 | |
| **Cost Code:** | | |

| | |
|---|---|
| **Print Date:** | June 11, 2015 - 09:16:51 PM |
| **Mail Date:** | June 12, 2015 |
| **User:** | dbraun119 |
| **Weight:** | 0 lbs 1 oz |
| **Refund Type:** | E-refund |
| **Printed Msg:** | |

| | | |
|---|---|---|
| **Class/Service:** | Priority Mail ® | $5.75 |
| **Special Services:** | Certified Mail ® | $3.45 |
| | Return Receipt | $2.80 |
| | Electronic Return Receipt | $1.40 |
| **Insurance:** | N/A | |

TOTAL COST:                                                                              $13.40

**Tracking:**   9402811899562147055497

| Location | Date | Local Time | Description |
|---|---|---|---|
| SUNNYVALE, CA, 94088, US | June 17, 2015 | 07:37:00 | DELIVERED |
| SUNNYVALE, CA, 94089, US | June 17, 2015 | 06:39:00 | OUT FOR DELIVERY |



# UNITED STATES
# POSTAL SERVICE

Date: December 18, 2015

David Braun:

The following is in response to your December 18, 2015 request for delivery information
on your Certified Mail™/RRE item number 9402811899562147055497.  The delivery
record shows that this item was delivered on June 17, 2015 at 8:37 am in SUNNYVALE,
CA  94088. The scanned image of the recipient information is provided below.

Signature of Recipient :

**Delivery Section**

ture

ad
ie        Lucas Carrasco

Address of Recipient :

ery
ess        701 first Ave

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal
representative.

Sincerely,
United States Postal Service

**David Braun**
**PO Box 161490**
**Big Sky MT, 59716**
**646-584-1417**
David_Braun@msn.com

## BACKGROUND & SUMMARY

Since 1990, I have been employed in the computer industry in a broad range of capacities. The last ten off witch have been focused on finance.   These twenty years of full time experience have provided the learning opportunities that allowed me to become knowledgeable in the following areas of finance and computer science.

- Understanding of Statistical Arbitrate and algorithmic trading including Direct low latency quotes, exchange connectivity  (ECN's and Dark Pools), simulations and evaluation off  trading ideas.  Series 7 licensed.

- Unix/Linux on Sun including Solaris and E15K, HP, Dec, IBM, HP  platforms and Intel based platforms . All system calls, including Sockets, Shared Memory, Threads, C, Bourn, Kourn , Bash Shells and utilities.

- Understanding of Value at Risk, Stress Testing, Options pricing  including Black-Scholes and  Binomial Trees ,  The Greeks and sensitivity analysis, Fixed Income, Futures, Equity  Pricing, and hedging.

- C, C++,  Sql, Perl, Visual C++,  C#, Lisp, Basic, and assembly languages.

- R, Matlab Statistical packages.

- Market Data including TAQ and Level 2 Book Data.

- Ms-Dos,  Window 3.1, 95, 98, & XP
- Oracle:  Developer 2000, Pro-C, PL/Sql.
- Sybase, Informix, Dbase, Db-Vista, Velocis databases.

- X-Windows (Xlib, Xt Intrinsics, XIE).
- Motif, Xvt, Athena, LUI, O-I, and Microsoft foundation Classes Widget sets.

- 3d Graphics including polygonal and voxel based rendering algorithms.  Use of Dore and Avs visualization software.

- Real Time system design and implementation.

- A comprehensive understanding of vector and parallel programming.

- MQ middle ware

## PROFESSIONAL EXPERIENCE:

**Aug 2008 to April 2011:**
**Trader/Senior system Engineer**
**Shandel Management**

Shandel Management is a management company currently funded by Millennium Partners. We have a medium frequency statistical arbitrage strategy that has been as big as 1 billion. We are a market neutral strategy with virtually no correlation to the overall equity market while still holding up to a billion in US equities. We are totally automated, with direct low latency Moma/Wombat quotes, exchange connectivity to all ECN's and two dark pools. We have traded as much as 13 million shares in a single day. I am responsible for all technical aspect of this system other than the models, including quotes, exchange connectivity, Pnl including all costs and rebates, enhancements/ports off the code and daily trouble shooting of production problems. The system is C++ based running several 8 processor Linux systems. Also have been a involved in doing a industry survey with an eye towards replacing our current infrastructure with another vendor. I am familiar with most off the managed hosting/colo vendors in terms off what products are offered and the price points in the market.

In addition to supporting the existing system. I am encourage to develop new trading strategies. One such strategy is currently just entering production. It is a market neutral strategy with a sharp of 2.6 on recent market data. I was responsible for all aspect of the development of the strategy including running the simulations, the original statistical work to pioneer the concept, and even manually trading some off the signals. The work was done in C++, R, Perl, and Excel. As we have direct exchange connectivity, I carry a series seven and am completely comfortable manually trading to support the book. I have worked 20-30 million emini orders as a hedge to maintain a market neutral stance many times.

**Jun 2000 to April 2007**
**Vice President:**
**JPMorgan Chase Market Risk Technology**

After a year and half as a Senior Consultant I became a full time Vice president for the investment bank. While with the bank I, worked on many projects including the re-implementation of the bank's value at risk computation server. The re-implementation took full advantage of the massively parallel architecture of their new 64 processor Sun E10K. Coded dozens of calculators including full revaluation Equity Options using Black Scholes and Binomial pricing models, Muni bonds, Swaps, IPO equities. Delta/Gamma/Vega calculator that estimated the risk of Exotic IR and Flow Desk Option portfolios, a Constant Maturity Futures/Option on Futures calculator, and worked with some Mortgage sensitivity calculators that included Vega , OAS, Convexity, Duration, and the Current Coupon/Libor spread. All code was thread safe and took advantage of the parallel architecture and is used in production to compute both Var and Stress test numbers for the entire Bank. The project aloud me to obtain a very good understanding of Value at Risk and the historical simulation method.

Also developed a batch process stress factor generation program that generated stress factors for over 100 interest rate, currency combinations. Rather than simply shocking the raw data, forward rates were computed and shock factors were applied. The forward rates were then transformed back to Par curve's. Swap and Zero rate shock factors were generated. In addition, a spread to base methodology that shocked the forward rates of the base curve as well as the spread was used to generate FX and Government factors. The program was coded using 5 thread safe queues that took full advantage of the parallel architecture of the Sun machine. I was responsible for the overall design and coding of the program. All work was done using C++, Sybase and some Perl.

My duties in Market Risk Technology have included raw coding, documentation and project management. More recently I have been a key resource in mentoring new employees and responsible for coverage of several line of business in the risk management space. I have been personally responsible for the document preparation, scheduling, supervising the implementation, and monitoring the process of several large projects. All projects were CMMI compliant and implemented in accordance with the banks policies.

**Oct 1999 to April 2000:**
**Senior Consultant:**
**Cole National:**

Functioned as lead Architect and engineer for an insurance claims processing system for 500 Perl retail stores. Insurance information is collected at the point of sale and transmitted via modem to a HP Risc server. The project was implemented in a three tier MQ middle ware environment. A bank of 32 Us Robotics modems are answered by multiple C++ communication clients. The received claims are transmitted via MQ to a bank of C++ claims processing servers. For phase one, the C++ servers call a Pick program that process the claim and returns the reply. In future phases, the Pick processing is to be replaced by a new Java system. The new Java system is to be phased in over an 18 month period in a dynamic fashion. The three tier architecture will allow claims to be routed dynamical to either the old Pick system or the new Java system in real time. The work was done in C++/Oralce Pro-C on an HP-UX risc server. I was the lead architect and personally implemented the C++ communication client. Was also heavily involved with the MQ communication code and the C++ to Pick interface. Other duties included mentoring a new junior employee and enhancements on a off site MQ based Aetna insurance link.

**May 1999 to Oct 1999:**
**Senior Consultant:**
**Bayer Corporation:**

Worked as a member of the Advia Centaur software development team. The Centaur is a Chemi Luminescent blood testing machine that runs on twin Sun Solaris systems, and contains more than a million lines of code. The machine operates on the principal that certain chemicals emit light when transformed from an acid to base solution. The amount of emitted light is measured and corresponds to the concentration of disease present in the sample. I was responsible for the database section of the code, and duties included fixing dozens of bugs as well as major enhancements for the next release of software. The work was done in an X-Windows, Sun Solaris, Oracle, Pl-Sql, Pro-C, C computing environment. This included developing Pro-C procedures that were used by the rest of the software and heavy development of stored PL-SQL packages and triggers.

**Dec 1997 to May 1999:**
**Senior Consultant:**
**Daewoo Heavy Industries of America:**

Worked as a member of the MIS staff supporting and enhancing their Fourgen MIS system. Projects included: Ports of a Construction Equipment warranty and sales system, enhancements of a lift truck warranty system, enhancements to the Construction Equipment Sales and Purchasing system, as well as various EDI systems and reports including rental machine depreciation, gross profit sales analysis, monthly receiving, cost of rental machines and inventory valuation and aging. The work was done in Informix 4gl utilizing Fourgen case tools in a IBM AIX, Windows 95 environment .

**Jun 1997 to Dec 1997:**
**Senior Consultant:**
**Rubbermaid:**

Developed a distributed printing application that facilitates the operation of an automated distribution facility. The printed labels are applied to the product in the pick lines and the product is then places on a conveyor. It passes through an automated sortation system that scans the barcode on the label an routes the product to the appropriate truck. The system takes input from the SAP/Cobol order entry/load planning module on an IBM RS6000/AIX Unix platform at a central location. An Oracle database is populated through a Pro-C program and unique serial numbers are assigned to each label. The resulting labels are transferred to a Window 95 MFC application located at the distribution facility. Labels are then printed on

Intermic or Meto Bar code printers.  GUI screen that control the process were developed  in Developer
2000/PL-SQL and Visual C++/Microsoft Foundation Classes.

**Feb 1996 to April 1996:**
**Consultant:**
**Bell & Howell:**

Worked as part of a team implementing an automotive dealership information archival product.  The
product was designed to capture all of the accounting reports from the dealer's MIS system, as well as
scanned images and archive them to CD-ROM.  The work was done  in a C, C++ Xvt, Sun Solaris and
Windows 95 environment.  I was personally responsible for the backup/restore, CD mounting and un-
mounting, and tape archival portions of the product.

**Mar 1993 to Jun 1993:**
**Contract Engineer:**
**Schlumberger:**

Was responsible for the implementation of a front end GUI for a I-beam probing product (a device used to
visualize and modify integrated circuit devices).  The work was done  in a OI, C++, Sun programming
environment.  My responsibilities included the design of the core data structure and the implementation of
the GUI front end as well as a port of their existing code from C to C++.

**Oct 1991 to Dec 1992:**
**Member Technical  Staff**
**Kubota Pacific Computer:**

Was a member of the team the produced the Denali 3d graphics card.  Responsibilities included integrating
and testing XIE with the core X server, design of hardware and software for 3d volumetric rendering,
developing 3d mesh generation algorithms under Stardent's AVS visualization software and implementing
image processing routines in C and imbedded AMD29050 and Alpha assembly languages.  Also ported a
100,000 line X/Motif based application to Dec's new Alpha based hardware platform.  Was involved in
asic testing and because of my image processing background, was a member of a team that was responsible
for handling the companies largest customer.

**Jan 1991 to Sept 1991:**
**Senior Software Engineer, Dept of Neurological Computing:**
**Cleveland Clinic:**

Designed and implemented a state of the art signal analysis program in an X/Motif HP-UX programming
environment.  The project consisted of 25,000 line of C code, with key performance critical sections coded
in 68040 assembly.  Also constructed a working feasibility studies of workstation based data analysis
system, and a medical image processing system.  The signal analysis system has been in operation for over
a year, and was featured on the cover of Sept, 1992 IEEE computer magazine.  The data acquisition
prototype has grown into a full fledged product and has been in operation for several months.

**Mar 1990 to Jan 1991:**
**Software Engineer:**
**Picker International:**

Functions as the Vistar groups senior software engineer, performing optimization, and algorithm adaptation
to the Titans vectorized  paralleized architecture.  Was also the groups roving debugger, Unix/X-Motif
expert.  Projects included optimization and development of 3D surface rendering algorithms.  Ports of
Motif and DB-Vista, and evaluation of new Stardent hardware.  Work was done in a C, X-Motif software

environment and because of my extensive X, Unix, real time experience, I was picked to consult on the design/architecture of the companies next generation Magnetic Resonance Imaging product.

## OTHER WORK EXPERIENCE:

For approximately 5 years I worked part-time (after school and Saturdays) in various technical positions at various institutions, including the Case Western Reserve Medical School, and several fortune five hundred companies.

## EDUCATION:

University of Colorado Boulder, College of Engineering:
      BSCS: Major Computer Science: 1990
      Master classes in
            3D graphics
            Econometrics
      Other Classes:
            Java
            HTML

## PUBLICATIONS:

Burgess RC, Braun, DS, Collura TF, Jacobs EC, and Turnbull JP. Interactive analysis of epileptiform EEG abnormalities using a digital signal processing workbench. Annual Meeting of the American Epilepsy Society, San Diego CA, November 10-14, 1991

Collura TF, Braun DS, Burgess RC. and Jacobs EC. Workstation based editor/viewer for intensive EEG. American Electroencephalographic Society Annual Meeting, Philadephia, Pennsylvanie Dec 11-12,1991

Burgess RC, Collura TF, Braun DS, Jacobs EC, and Luders H. Papers review of long-term EEG from epilepsy monitoring unit patients. Epilepsia, 32 (Suppl. 3). 98, 1991

Collura T, Braun DS, Jacobs EC, Burgess RC, Turnbull JP. A workstation based viewer of paperless clinical EEG. Proceedings of the 13TH Annual Conference of the IEEE.EMBS, Orlando, FL, November 1-3

Sports & Hobbies: Skiing, USSA racing program – regional championships, tennis and swimming. Member of Rotary.

1-787 (Rev. 01-23-2015)



U.S. Department of Justice
Federal Bureau of Investigation
*Criminal Justice Information Services Division*
*Clarksburg, WV 26306*

DATE: 10-13-2015

DAVID STEVEN BRAUN
PO BOX 563
GALLATIN GATEWAY, MT 59730

The Criminal Justice Information Services (CJIS) Division of the
Federal Bureau of Investigation has completed the following
fingerprint submission:

**Subject Name**

**DAVID STEVEN BRAUN**

**Search Completed Result**          10-13-2015          E2015286000000118723

**A SEARCH OF THE FINGERPRINTS PROVIDED BY
THIS INDIVIDUAL HAS REVEALED NO PRIOR
ARREST DATA AT THE FBI.   THIS DOES NOT
PRECLUDE FURTHER CRIMINAL HISTORY AT
THE STATE OR LOCAL LEVEL.**

Social Security number:    XXX-XX-XXXX

The result of the above response is only effective for the date the
submission was originally completed.  For more updated information,
please submit new fingerprints of the subject.

In order to protect Personally Identifiable Information, as of
August 17, 2009, FBI policy has changed to no longer return the
fingerprint cards.  This form will serve as the FBI's official
response.

This Identity History Summary (IdHS) is provided pursuant
to 28 CFR 16.30-16.34 solely for you to conduct a personal review
and/or obtain a change, correction, or updating of your record.
**This IdHS is not provided for the purpose of licensing or
employment or any other purpose enumerated in 28 CFR 20.33.**

Any questions may be addressed to the Customer Service Group at
(304) 625-5590.  You may also visit the Web site at www.fbi.gov for
further instructions.

William G. McKinsey
Section Chief
Biometric Services Section
Criminal Justice Information
  Services Division

Exhibit 9

David Steven Braun
PO Box 161950
155 Aurora Light DR  B10
Big Sky, MT 59716-1950

**NSA**
9800 Savage Rd,
Fort Meade, MD 20755

This is another request for assistance from the NSA.  I have included my stipulation off Identity, and my two letters provided from the FOIA office.  It is now September,  I was at Maryland back in January, when I returned, I was server what I believe is a memory wipe.  It has been quite helpful.  But it does take time to work.  In previous communications, it was found that in my old PO Box 161490,  there was a duplicate entry, I believe I was David Braun,  they added a David S Braun.  This person had a completely different birth date.  I believe this was done in the Baxter Post Office in Bozeman.  My take is that this was an official entry.  If the address is pulled up in any government building, like on a civil suite submitted in Butte Federal Court.  It came up.  I believe that this person may have been declared incompetent.   There were a bunch of sleaze corporations, and places off business in Montana that came up when I did a public record search off my address that I did not recognize.

I closed the box, opened a new Box 161950  with the enclosed form.  My three rivers land line, 406-993-2448, my two Verizon Cell phones  704-942-8477 and my three emails  dbraun119@gmail.com, dbraun119@yahoo.com  and  David_Braun@msn.com  are also billed to this address.    I believe that some one tampered with the new address, possibly shoving a different drivers licenses in to the computer in the Baxter Post Office.  Bozeman is  very small,  There is a three person FBI office, a bunch of local police.  I am on the boarder of Madison and Gallatin County in Big Sky.   There are 5 guys stationed up here.  The cover bolth Madison and Gallatin.  Bozeman is 50 miles down a canyon RD.  I believe the closest Madison police station is 120 miles away driving distance.   West Yellowstone is about an Hour down away.    Bozeman,  Big Sky,  and West Yellowstone.  Are the Gateways to the Park.  Excellent skiing,  world renowned fly fishing.  It is very rule.   There are three major real estate projects.  The Yellowstone club.  Spanish Peaks,  Moonlight Basin.  All three were probably unfeasible,  they totaled probably a billion in bankruptcy.

There is an element around hear that is a problem.  It is getting better, almost gone.   I have been getting allot off action in  plain close.   I believe that the locals, like sniper hit your target, have been given commands to just stay away.   I have been approached bye local people who are employees  and residence, not government employees and had convenient things put in my ear.  Like trying to learn about why I have a couple off Smith and Wesson's.  People walking up to me in crowed asking for my,  seaming to know that I had done trading and investment banking and asking for my email and phone number.  I do not get calls.  I believe they go to the web and start running stipulation off identity searches etc.

Several years ago,   Boyne used to import allot off foreign college kids  to work at the resort.  They are now starting to use Americans.  If this is within the NSA's legal capability,  you might try getting a list off the employees from the IRS for Boyne resorts, Moonlight Basin, Yellowstone club.  Especially the restront's owners, and Bar Tenders.   Ricardo, the Manager off the Carabineer and see who they are talking to.  See who is hiding behind them.

I believe there has also been allot off electronic activity on my Phone.  Including some court orders.  Who ever this is, they like to dispatch state troopers and use local people to collect information.  If they have not already I believe they need to be shut down.  Please feel free to investigate any electronic information on my Cell and Land Lines,  especially 704-942-8477.   I believe that you will find a bunch off problem's. I they already haven't, could you please turn off all non National Security Agency Access to my Cell and

Land line.   The is a Pro Say Civil Suite in Butte Federal 2:13-cv-00054-she-cs0 against Verizon with a lawyer for Verizon introduced in the tray if this is off any assistance,  feel free to contact him.

You might also try a passive look at my mothers communication.  Someone from Bozeman rented the Apartment above her's in Palm Springs. I guess they were very interested in David.  I was on Oahu. I dialed 611 and asked the Verizon customer service person to check to see if there was any open feeds like taps, GPS, Google Search, and email's,  my lap top was acquired from my hotel  room.  Things seamed to get much  better.   My mother had her boy friend Hall send me an itinerary at about the same time for an extensive trip out off the country.  It was sent to David_Braun@msn.com.   I received a call, he had a sudden stroke, the trips was canceled.  At about this time the Microsoft story certified  that hackers had gotten 10,000,000 emails.

Upon returning I did try apply for Social Security.   I believe this was denied because the Identity on my phone and email, did not match the number I gave the person at the window.  I hope this is corrected if nothing else,  I may try again.

Bye the end off the Week,  my law suit should be properly served 2:13-cv-00036-dwm against the Government.  I process served it to the DOJ.  I waited 60 days and it ran out. I then asked the post office for the fastest package to DC that is certified.  They sold me express, which  is not certified and this caused me another sixty days.  Hopefully now, this will be corrected.   The DOJ has been served I believe correctly and the cards should be coming back.  I did try to contact the DOJ in Washington.  I know they are awair off this suite, I'm sure it went highly criminal.  What ever they did to the phone, I was able to locate the first round off dispatch and given a phone number in the federal programs branch.  I always get voice mail, my calls are not returned.   I hope this will quickly produce some money, I am close to starvation.

I have been put in hand cuffs twice and put in front off these hope house sicolegest.   Probably based on a stipulation off identity taken from my Cell rather than drivers licenses.  I have  never been able to get the Sheriff on the phone.  I dropped a process serve card off in Butte Federal Court house against Verizon.  Bye the time I walked out, I turned my phone there now was a message from the Sheriff that he just had to see me. I asked if he had a warrant.  He said no.  I was leered back from Butte into the three person fbi office.  Put in Hand cuffs and taken to this Hope House facility on the out skirts off town and put in a room with a David Powell, I think this was his name?  He made me wait an hour in Hand Cuffs.  He took my name and Birth Date  pulled me up in his computer.  His records showed that I had never been a patient, and was forced buy the police to speak with one off his mother fucking councilors once before after they dragged me out off my Condo and took an hour ride down to Bozeman in hand cuffs.   You might want to investigate this facility.  I will never go there.  This Scott person,  the head wanted to discuss protective custody or some bullshit.   If possible, I would investigate him as accessories.  These are definitely sociological tactics being used on me.  This David Pearson had a tape off a conversation obtained from a phone company employee that refused to correct the identity problem or inform me that it is being obtained from the post office rather than what I provided the phone company when I registered it.  This smart mouth person was located 180 miles away in Missoula.  You might want to consider charging three rivers communication, and these hope house employees.  As well as the Under Sheriff and Sherriff.  This has been done intentionally.  They have refused to correct the problem in timely manner.  The have consistently tampered with law clears, low level post office employees etc.  If possible I would like the NSA to ask if these hope house people led the Sherrif to believe that they had some legal write over  me.  It is quite obvious they gained a court order access to my email and cell.  The information has been used improperly.  Criminally, and maliciously.  Enclosed is my Birth Certificate.  I'm not sure what that means.

As a result off all this. I will probably never speak my mother again.   You might also want to look into DR Jeff Stickler,  Keith Keller a lawyer who think he can get report's on me call me a Madof,  because they site next to me on a chair lift.  I believe some off these people may have introduce them  selves to my boss, and tried to learn about our models that we were  running a billion dollar quant trading book for the second largest hedge fund in the states.  It was quite obvious that Jeff Strickler was my appointed friend, and he introduced me to Kieth Keller, a retired senior partner.  All other people were pushed away, including local women.

I did send a resume to NSA over the web sight.  It was rejected without even a letter or callback.  I believe this was due to the tampering at the post office.  Feel free to retrieve it if you require background information.

David S. Braun



NATIONAL SECURITY AGENCY
CENTRAL SECURITY SERVICE
FORT GEORGE G. MEADE, MARYLAND 20755-6000

PA Case:  75899
7 January 2014

**RESTRICTED DELIVERY**

Mr. David S. Braun
155 Aurora Light DR B10
PO BOX 161950
Big Sky, MT  59716-1950

Dear Mr. Braun:

This responds to your 22 November 2013 Privacy Act (PA) request, which was received by this office on 4 December 2013.  We have previously responded to requests from you (cases 70340 and 73565) and explained that your request for information relating to local law enforcement and identity theft issues do not fall within this Agency's intelligence mission or Information Assurance mission.  However, based on conversations you have had with this office, we have interpreted your most recent request to be for any new records created since the time of your prior FOIA requests that may reflect records this Agency maintains on to you and visits to any of this Agency's facilities.  This request has been assigned Case Number 75899 and has been processed under the provisions of the Freedom of Information Act (FOIA) and the PA.

The only documents located reflect your visit to the Utah Data Center.  Those documents are enclosed.  There are no fees associated with the processing of your case since your request meets the requirements of the PA for which there are no fees.  Please be assured that all personal records are maintained on a strict need-to-know basis and access is limited to duly authorized personnel.

This Agency is authorized by statute to protect certain information concerning its activities, as well as the names of its employees.  Such information is exempt from disclosure pursuant to the third exemption of the FOIA, which provides for the withholding of information specifically protected from disclosure by statute.  The specific statute applicable in this case is Section 6, Public Law 86-36 (50 U.S. Code 3605, formerly 50 U.S. Code 402 note).  This same information is also exempt from disclosure under the PA pursuant to the provisions of Public Law 86-36.  We have determined that such information exists in these records, and we have excised it accordingly.

PA Case: 75899

Certain information has been deleted from the enclosures under the (k)(2) exemption of the PA which exempts investigatory material compiled for law enforcement purposes. In addition, Exemption 7 of the FOIA protects from disclosure records or information compiled for law enforcement purposes. This includes information that, if released, would reveal law enforcement techniques or procedures. We have determined that such information exists in these records, and it has been withheld under (b)(7)(E). This same information is also exempt pursuant to (b)(3) as stated above.

The Initial Denial Authority for NSA information is the Associate Director for Policy and Records, David J. Sherman. Since the deletions from the enclosed documents, may be construed as a partial denial of your request, you are hereby advised of this Agency's appeal procedures. Any person denied access to information may file an appeal to the NSA/CSS FOIA/PA Appeal Authority. The appeal must be postmarked no later than 60 calendar days after the date of the denial letter. The appeal shall be in writing addressed to the NSA/CSS FOIA/PA Appeal Authority (DJ4), National Security Agency, 9800 Savage Road STE 6248, Fort Meade, MD 20755-6248. The appeal shall reference the initial denial of access and shall contain, in sufficient detail and particularity, the grounds upon which the requester believes release of information is required. The NSA/CSS FOIA/PA Appeal Authority will endeavor to respond to the appeal within 20 working days after receipt.

In addition, on behalf of the FBI, an FBI employee name has been deleted from the NSA documents pursuant to (b)(6) and (b)(7)(C) of the FOIA.

As we previously advised you, we will not accept additional requests for information that we have already addressed previously in our responses to you. They will be filed with your prior requests with no further action from this Agency.

Sincerely,

PAMELA N. PHILLIPS
Chief
FOIA/PA Office

Encls:
a/s

David Steven Braun
PO Box 161950
155 Aurora Light Dr B10
Big Sky, MT 59716-1950
406-404-2027

US Post Office Inspector General
HotLine
1735 N Lynn Street
Arlington, VA 22209

I would like the post office inspector general to take this as an official request to investigate, correct and charge criminally any one including post office employees that participate in and allowed this to transpire.   Please feel free to consider any included documentation as an attempt to report a crime to the Post Office inspector general.

Your employees allowed two additional tenants to be added  without my knowledge consent or even being made aware that this was done.   Included is an NCIC plate run from the local court house.   Also included is a radio broadcast from squad care when I was pulled over for a no stop sigh ticket.   On the radio broadcast there is an alerts that there is a mentally incompetent on premises and anti law enforcement.   When my electronics,  my land line, cells and VOIP are also billed to a box with this entry  I am denied access to lawyers,   federal and even senior state law enforcement bye phone at even the County Sheriff level.   Call are not transferred,  all I get is voice mail.   I also impedes making appointment with DR's etc.

I was instructed over a year and a half close the box and re-open a new one with just my self as a tenant.   This corrected my electronic problems,  and when every was re-registered all this mentally incompetency and anti law enforcement alerts went away.

I now halve three PO Box's,

161950  Big Sky Montana
611 Belgrade Montana
81 Gateway post office

I insist that you Make sure the three boxes are registered as on the provided form.  I also insist that you contact you it Department and review any and all changes to the registration off the boxes,  and from the computer records I would like the actually person who's account id was used to make the change charged criminally and terminated from their employment.    This mental incompetence ruling has been used bye several  local doctors and in  two Montana medical review board hearings to justify there behavior.    The Montana medical review board has not furnished either transcripts to me or even a court.    In addition these entireties facilitated granting a wire tap or some kind off court ordered servailinace on my cells and emails.   It also may halve been used to try to generate a false subpoena of civil suite against one off my employers.

It has been over a year and a halve since this was discovered.    I halve still had repeated problems.    The post master in gallatin gateway refused even after I showed up in

person to print my we bats entry.   I think she is a perfuse liar.    If you go to the web,   I believe
the box comes back as empty as does the Belgrade box.   My name does come up.   I insist
you investigate this,   and charge any employee that did this.    They done this repeatedly
without my consent.   Without contacting me.

I insist that you correct this and charge the appropriate people,   or you, your self will
become criminally negligent and an accessory to this.

I would also like you to take special note off my included correct resume,   and what the
little federal and state employees did bye tampering with the local data bases.    This is what
your employees participated in.

Thank You

David S Braun

7/11/2014

David Steven Braun
PO Box 161950
155 Aurora Light Dr B10
Big Sky, MT 59716-1950
406-404-2027

US Post Office Inspector General
HotLine
1735 N Lynn Street
Arlington, VA 22209

Sir

This is in follow up to my previous letter that was received buy your department
7/14/2014.  I would like to continue and take this as an addition to my previous complaint.
Your local employees halve consistently allowed tampering in the local webats computer
system.   They halve done this is in such a way that it actively impedes the hiring process,  as
well as the ability to  be introduced to a lawyer that would understand Federal Civil Procedure,
the process off obtaining and litigating results from a federal law enforcement investigation such
as this.

If you take my phone number and email and put it into say the UTAH state lawyer
referral web sight,  and askl them for  list off firms that might halve attornies that halve done this
before.   You know even the Basic such as process serving,  choice of Venues,  case
preparation etc,  I am simply not responded to.    This is due to your local people either
removing the Web Bats entry or actually substituting a different government ID on file in the
computer system.

Now many years ago,  my father a fairly high level executive found himself unemployed.
He called all his previous contacts and was unable to gain employment.   These are very large
corporations 100,000 200,000 thousand people.   He had very good skills,  there is no reason
he should halve not been able to find another Job.    He put a gun to his head,  two weaks
before I graduated college  for the insurance money in an attempt to prevent foreclosure on our
house.

Now,  many years later,  I halve come into similar situation.  I do not halve a wife or
child and my living expense are much lower.   I now find that there are places off business,
shell corporation etc coming out off Government database when my legal mailing address is put
into computer systems in the federal and state court houses as well as the internet.    There
were three people as residence that came back from an NCIC plait run.   Two off which never
existed.

After filling out the initial form at the post office window,   I halve never been questioned
or contacted that there has been a problem or that someone inside the post office has made a
change.   You just pick up the phone,  calls do not go through,   if you send out resumes or call
the police calls are not responded to.    This is exactly your employees internet.  I halve written
the postal inspector in sattle.   They did not correct the probem.   I spoke with a Postal Inspecto,
Key Pickens in DC,  She also did not correct the problem.    The postal inspectors hotline also
has not corrected the problem.   You halve not provided records.  Your local people  halve

 HRL   Document 1   Filed 10/31/17   Page 37 of 99

consitentenly not investigated this for over a year.   If you would say halve a dead local employee or police officer,  I'm sure I would charged and stood in front off the local paper,  but apparently because you people are federal employees,   they can allow this.   Not go jail, or not even be charged.

Your Jackass Belgrade Post Master think's he can allow this and simply hand up the phone and process other customers.   I insist that you charge these people to fullest extent off the law.

I question how many other members off the public, your staff has allowed this to be done to.   Your IT department has not corrected the computer program to notify the owner off the address that there has been a change made.   They halve not added a password to the account, they halve not change the procedure in any way.

I will write the FOIA office.   Any I would like to remind you that the DOJ is just as adept in housing Women in Prison as well as Men.   Is this write the FOIA office a convenient way not to charge or simple  not even correct or cover up the evolvement off your shit hole little employees.

Jean,   the postmaster off the contract Big Sky post office, when requested to sell me the fastest certified letter to DC sold me express mail, which is not certified.   I specifically stated that it needed to be certified in a legal sense.    One off her smart mouth employees,  a sort off slightly heavier girl,   sat down in a local bar/restraint a while ago a told me how she was going to put to work for her lifting boxes as her bitch employee for ten dollars an hour.   Now I find out that there is tampering the local post office computer system.   I'm sure they new all about it.    I would like your people terminated and made to sell there houses.    The postmaster's in the three actual federal post office's.   Baxter in Bozeman.   Gallatin Gateway and Billings need to be instantly replaced and charged with serious crimes.

How many other people halve you done this too.    I will write the FOIA office.

I halve sent this registered Mail.   I insist you correct this problem and charge the people who participated in it.   Please review the enclosed document.

Thank You

David S Braun

7/21/2014



OFFICE OF THE INSPECTOR GENERAL
UNITED STATES POSTAL SERVICE

August 6, 2015

Mr. David Braun
P.O. Box 27
Gallatin, MT 59730-0027

RE: FOIA No. 2015-IGFP-00360
    FOIA Appeal No. 2015-IGFP-00019

Dear Mr. Braun:

This responds to your appeal of FOIA Case No. 2015-IGFP-00287 dated June 3. On June 6, your appeal was upheld and the case was remanded for further processing.

Using the additional information provided in your appeal letter, we conducted a new search of the electronic databases maintained by the Hotline and Office of Investigations. We located five additional files, consisting of 182 pages, not previously released to you.

I have determined 97 pages are appropriate for release without excision; copies are enclosed. Also enclosed are 72 pages appropriate for release with excisions made under FOIA Exemptions 5 U.S.C. § 552(b)(6), which pertains to information the release of which would constitute an unwarranted invasion of the personal privacy of a third party; and 5 U.S.C. § 552(b)(7)(C), which permits the withholding of records or information compiled for law enforcement purposes, the release of which could constitute an unwarranted invasion of the personal privacy of third parties. I am withholding in full 4 pages under FOIA Exemption (7)(C).

In addition we located 6 pages which originated with the U.S. Postal Service and 3 pages which originated with the U.S. Postal Inspection Service. As such, these pages are inappropriate for release by this office. To obtain copies of these records, please direct a copy of your request to their respective FOIA offices. They can be contacted at:

    Postal Service Records Office
    475 L'Enfant Plaza SW, Room 9431
    Washington, DC 20260-4541

    Inspection Service FOIA/PA Unit
    475 L'Enfant Plaza, SW, Room 3521
    Washington, DC 20260

Congress excluded certain records from the requirements of the FOIA.
Our agency's response addresses those records that are subject to the

If you are not satisfied with my action on your FOIA request, you may administratively
appeal this partial denial. To do so, write to the attention of Gladis Griffith, Deputy General
Counsel, 1735 N. Lynn Street, Arlington, VA  22209-2020, within 30 days of the date of this
letter. We accept written appeals via U.S. Mail; e-mail to FOIA@uspsoig.gov; or fax to 703-
248-4626. Include the initial request number (e.g., 20XX-IGXX-00XXX) and the date of this
letter. Explain what specific action the FOIA Office took that you are appealing. Mark all
correspondence "Freedom of Information Act Appeal."

Sincerely,

Brenda F. Wade
Government Information Analyst

Enclosure

Exhibit 14



# COMPLAINT REFERRAL FORM

## Complaint ID:  I1509212054344722

*The following information was provided by the victim and may be forwarded to the appropriate law enforcement or regulatory agencies.*

Date:                                                 09/21/2015 20:54:34

**Victim Information**

| | |
|---|---|
| Name: | David Steven Braun |
| Business Name: | |
| Age: | 40 - 49 |
| Gender: | M |
| Address: | 155 Aurora Light Dr B10 |
| | PO Box 27 |
| City: | GALLATIN GATEWAY |
| Do you live within the city limits?: | No |
| County: | Gallatin |
| State: | Montana |
| Country: | United States |
| Zip Code/Route: | 59730 |
| Phone number: | 4064042027 |
| Email Address: | dbraun119@4securemail.com |

Name of your local police or sheriff's office:

Gallatin County Sheriff

Is the complaint you are filing related to the Internet or an online service?      Yes

Do you have pertinent documents in paper form?      Yes

**Information about the Individual/Business that victimized you**

Business Name:                           4securemail.com

Name:                                    Steve  Palazo

Gender:                                  U

Address:

City:

State:

Country:

Zip Code/Route:

Phone number:

Email Address:                           steve@4securemail.com

**Other Identifiers**

Web Site:

IP Address:

IRC Server:

Chat Room Name:

Usenet Newsgroup:

Other:

**Monetary Loss**

If you lost money from the incident you are reporting, please specify the total dollar amount of your loss.

0

Please indicate the means of payment (select all that apply)

☐   Cash

☐   Cashier's Check

☐   Check/Debit Card

☐   Credit Card

☐   Money Order

☐   Wire Transfer

☐   Other (Specify)

Did you use a third party online payment service such as PayPal, BidPay, Escrow?  [left blank]

**Description of the Incident**

Describe in your own words how you have been victimized.

I was wire tapped,   Salt Lake city,   the major FBI hub is well aware off this issue.   The director's office in DC issued a Privacy Act Denial  Letter,  Tracking number 1241892-000.   At one point,  their were two fictitious tenant's added to the mailing address off my rule condo.  It is my understanding that at least one off these fictitious ID's was a state ID,

not driver's linens's.    In the past,  this has caused me to be transferred to perpetual voice mail,  and all email's not to be responded to.  I halve moved to a different post office, and a different voip. I think  406-404-2027 Should now work properly.   I am still halving problems with dbraun119@4securemail.com.   I am unable to get appointments with lawyers.   And and email to the DC and Salt lake city email intake queus this weakened was not responded to at all.  This has been ongoing for quite a while.   The nearest staffed FBI office is 2 - 3 hours away.   It would be very easy to halve a local sheriff's deputy halve a conversation from the condo,  or a station a mile away from it 50 miles in bozeman.   Can you assist me in either correcting this problem with the email and phone's,  so that it functions normally,  or let me know if I just need to get a new vendor.    Some people behind my back may halve furnished a different birth-date that may produce the criminal background that would make this behavior legal.   I would be happy to chat with the FBI over the phone with an on duty deputy or show up in say Billings if this would be required.  I think this is really becoming an accessory to murder.   Can you assist me in at least correcting this problem.  I can also be contacted at a cell,  310-359-3462.  Steve Polozo,  the CEO off 4securemail,  has not been helpfull.  I am not sure what list or mark he put on the account.  I halve a current Montana Driver's Lincense, 0907519684130.    I halve nothing in my criminal background,  check the FBI database in Virginia,  that would make this behavior legal.  David Steven Braun,  9/30/1968   ssn 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

Please indicate any medium used by the individual/business in the course of the incident.

☐ Bulletin board
☐ Chat room
☑ Email
☐ Fax
☐ In person
☐ Internet messaging
☐ Mail
☐ Newsgroup
☐ Telephone
☐ Web site
☐ Wire
☐ Other

Please indicate the initial means of contact with the individual/business that victimized you.
Website

Was this initial means of contact unsolicited/uninvited?
 [left blank]

What was your relationship with the individual/business you are complaining about prior to the incident you are reporting?
no prior relationship

Did you conduct any research on the individual/business prior to the incident?
 [left blank]

How much time has passed since you determined you were victimized?
 [left blank]

David Steven Braun
PO Box 161950
155 Aurora Light Dr B10
Big Sky, MT 59716-1950
406-404-2027

Please attached this to the recently created rule call completion complaint 20141009102143, Consumer center complaint  14-C00621507.

      Over the last week or say,  # halve been added to my caller id Name Field.  I am told that special characters are not allowed or has special meanings.   I halve experienced major call completion problems,  I believe when this was removed the problem was corrected.   It was corrected buy a federal law suit, it recently re-serviced a week or so ago.   I and I believe any off my vendors authorized a change.  But when you call a phone that has Caller ID Name,  # started appearing.

      This seems to halve the buy product of block transfers  beyond initial operators when dealing with say bigger and more sophisticated phone systems.   I would like you to note,  I halve a long history off complaints with the FCC.  The  FOIA office refused to release any results off any investigation , and this was upheld buy your lawyers on Appeal.   But I would like you to note.  If I call your rule call completion center,  or even your enforcement burrow,   I halve never been transfer past the operator to even the front line supervisor.    And I halve never been advised on a technical level why this is or what needs to be done to correct this problem mechanically.

      This seams to impact speaking with lawyers for initial consultation.  Scheduling doctor appointment.   In the past I halve tried to contact Hospitals to discuss results off fairly serious procedures  and advice off say does the on call doctor feel  I should consider checking my self in for further tests.

This re materialized in the third-party databases within the last week.  I halve been able to correct it buy working with the vendors and doing a Caller ID Name Reset.

Thanks

David S Braun

10/9/2014







**DAVID STEVEN BRAUN**

PO *Box* 193, *Gallatin Gateway*, MT 59730-0027
*406-404-2027*
*dbraun119@4securemail.com*

Office of General Counsel
Yahoo Corporate Office Headquarters HQ:
701 First Avenue
Sunnyvale, California 94089 USA

Sir

Please take this as another official request to consider settling all issues regarding my dbraun119@yahoo.com email account.  My Last attempt to request a review and a settlement, dated 6/11/2016 went un-responded to.  I do thank you,  since I was a customer,  you had yahoo consier contact me.   After discussing the problem's they suggested that I proceed in court to simply correct this issues.   I had wrote a civil suite against Microsoft,   They moved it to Federal Jurisdiction and Pro Havocked in two Very crisp lawyers from Washington before filling their 12(b)(6)  motion to dismiss with Prejudice.  I also approached the executive branch to see if the could assit in closing the facality that was playing these games.  I did process serve you out off Bozeman District.   You should halve seen the complaint.   A 12(b)(3) motion to dismiss was filled due to an improper venue clause in the customer agreement.  I took this to mean that all serious non-civil issue were resolved, and customer service said the case was closed.   I would like to bring to your attention some new information that hopefully can correct the situation without proceeding back to court.     It is my understanding that some national legal databases represented that their was some kind off previous contract, I.E.   a previous settlement agreement with the US Government that pre-cluded  you or any attorney from making me kind monetary any offer at all.   Now I don't take a settlement agreement lightly.   If we can come to an arrangement,  it would obviously  end this issue,  and it would never be revisited.   No further complaints or investigation into any ones conduct.   Include lawyers previously retained,  or any issues with Yahoo Employees.

Now as an interesting point,  I would not expect this settlement agreement to preclude any further issues from being looked at or settled and I especially would not expect any agreement to precluded settling or  pursuing due process against a total different entity.   But apparently this is what the entry in  the national database has lead people to believe.  I halve made several inquiries,   at no time in my 47 years halve I seen,   much less signed or executed or received any money from an agreement or contract that precludes  settling with you.     This has been stated in Several Court venues,  and no one has been able to produce a shred off evidence to contradict this.    An actual signed agreement,   a Wire transfer or cashed check,  a date and time the agreement was executed an attorneys names etc.

Now,  my situation is a little unusual.  As a US Citizen,   we are all welcome to use any entity off the US Government that is  appropriate to one's problem.   I halve been in the unfortunate situation to halve had to send quite a bit of business to the FBI,   the NSA,   the CIA,  the FCC, and the Postal Inspector General.    When asked for the official results off what I halve requested,  in some respects my military service records,   for which I halve no veteran's benefits and halve never received any kind off pay check ,  halve no base or place off business, I am  simply issued the included record request denials.



**DAVID STEVEN BRAUN**
PO Box 193, Gallatin Gateway, MT 59730-0027
*406-404-2027*
dbraun119@4securemail.com

I am now responsible for my own expenses for the rest off my life.    Any secure housing,  extra computer security,  hobbies,  health care etc,   will come from any civil settlement that I work out.

Now,  I believe that I halve a valid claim against Yahoo that has quite a bit off credibility,   but due to this alleged previous agreement,  we up to this point were unable to deal with this properly.   I halve had to complain to the FCC and then drag the results in to Federal Court just to correct my phone service. When I had Verizon in Federal court,   an attorney refused in any way to settle,  and I believe counsel represented to chambers the existence of this alleged previous contractual agreement.  As discussed,  I halve never worked for any entity off the Federal Government,  I.E.  NSA,  CIA , social security administration,   their for there is no employment agreement/contract on file.   It was my understanding from a hearing in a Justice court that this contract was a previous settlement from say a submission  to the OMB under 31 U.S. Code & 3702 (a)(4).  Let me point out,   this is exactly where you would submit one off these record request denials after it has been  run through and processed in Federal Court.  Now I suppose that if you submitted something to the OMB,   a lawyer looked at it,  drafted an agreement,   that stated their was no further civil after this settlement,  it was agreed to and executed,   money was released,  then you halve a contract.  If we came to  a settlement agreement,  and in the future their were any question,  I.E.  even if I tried to proceeded back in court,   you would simply produce a copy off this agreement.  I ran a Privacy Act Request through the OMB records office (See attached results).  I asked them,   do you halve any record of any executed  agreements.  Can you produce the letter.  They said no, we halve no record.

I would like you to note,  I halve not been employed since 2011 when I was rushed to an emergency room vomiting unable to stand with slurred speech in Henderson Nevada.   Their had been systematic fraud on all my credit cards,  problems with wire tapping and electronic tracks on my Cell Account,   Illegal access to my email account. Yahoo corporation had been very negligent in not correcting  the situation. I would love to simply settle all our issues and move on with our lives.   We cannot role back time.  I am now 47.   It is not realistic to assume that I can go back to my  previous occupation in a normal capacity.   I would love 3,000,000 shares of YHOO common stock or monetary equivalent.  I am sure you are very good attorneys,   I would be happy to execute this agreement privately,  or if in this situation you would feel  better putting this on file in a court house  as closure to this case,  I would be amenable to discussing this.  This would  give you  the tacit approval off a  District Judge,  so, if ever questioned about this settlement  you or Yahoo could simply state that this agreement was executed under his knowledge and approval.

Please consider this seriously.   I would love to engage in a discussion that quickly and simply end this issue fairly for all parties.   You halve my contact information if you would like to chat.

I am sure you are  good attorneys,  I simply request you think this through.   If we cannot settle this,   the only option would be to proceed back into court.    At that point,   I assume you would try to get the complaint dismissed on a 12(b)(6)  before answering yes or know to the pleadings.    To do this,   you will need to provide a legal reason,  like a prior existing contract.    With this issues brought to light I am certain that you would halve to show an actual contract to the Judge.   A letter with my signature.   A canceled check, or some kind off receipt showing a wire transfer or release off shares.   No one,



### DAVID STEVEN BRAUN
PO *Box* 193, *Gallatin Gateway*, MT 59730-0027
*406-404-2027*
*dbraun119@4securemail.com*

including myself has been able to substantiate or produce this.   If you feel I am unreliable or lying, please feel free to contact your vendor that provided this information to you,  and ask them to substantiate this.   I don't think they will be able to.

   The first I heard about this,   in any detail was in a hearing as to why I was being denied the use of a public defender.  I walked in and their was testimony about this alleged contract event.  I submitted the included Feb 16 motion to the court.  It went un-responded to.   I sent a letter to the Montana US Attorney,  it also went un responded to.   Now let me point out.  Every case or claim,  is different.   But in this particular incident  there is quite a bitt off fabricated records.   Their were two fictitious government ID's added to the Postal Address Database as occupants off my rule ski Condo.   They would look like brothers.  The criminal background off these brothers was used to obtain a highly illegal electronic surveillance  warrant.   Their were also malicious entries put into the Caller ID Database that prevented transferring passed the switch board at major law enforcement hubs such as the FBI,  and even Verizon call centers.  These entries also disabled email as email accounts are registered to cell phones for legal purposes.   At no time did Verizon ever  tell me that mechanically the entries that are causing interruption and rule call center completion problems were maid in the caller ID Database.  I am in a Very Rule aria off Montana.   There is a region hospital 50 miles away in Bozeman.  The medical records were intentionally corrupted.   Sooner or later their was going to be an accident that required treatment.   Your going to go in and come out permanently paralyzed.   Maybe using the wrong blood type etc.  Please if you don't believe me,  at least do you own due diligence.   This pre-existing agreements does not exist.

   I will wait at least 21 days from the delivery off this agreement before proceeding back into court.  I would really like to just work this out.  You are the lawyers,   a court room is where you work.   It is not my profession.  You might want to review a complaint submitted IFP in Butte Federal,   you can get to it on Pacer from your desk,  2:16-cv-00024-BMM-JCL.   If you create a case in Federal Court,  and pay the 400 dollar fee,   you are issued summons on the spot.   If you motion that you feel you are financially unable to afford the filling fee,  the case is reviewed buy the Magistrate and Article Three Judge for not only financial need,  but legal correctness off validity.   Please feel free to review the complaint and the two legal briefs produced from the evaluation off the IFP status motion.   The issue off this previous contractual agreement that has come up around the plaintiff was freely noted in the complaint.   In their ruling,  they stated they felt I could afford the filling fee,  but their was no mention off any reason why they didn't feel the complaint could render a settlement or Judgement before them in District Court,  or any mention as to any reason the complaint could not achieve is stated objective of an annual income intended to replaces a pay check from my previous occupation.

   I hope to hear from you.

   I will wait 21 days before pursuing any further action.



**DAVID STEVEN BRAUN**
PO *Box* 193, *Gallatin Gateway*, MT 59730-0027
*406-404-2027*
*dbraun119@4securemail.com*

Thank You

David S Braun

7/8/2016



**DAVID STEVEN BRAUN**
PO *Box* 193, *Gallatin Gateway*, MT 59730-0027
*406-404-2027*
*dbraun119@4securemail.com*

Office of General Counsel
Yahoo Corporate Office Headquarters HQ
701 First Avenue
Sunnyvale, California 94089 USA

      Yahoo Legal

You halve been decent .   You suggested I sue you to correct the problems in dbraun119@yahoo.com.   I approached the executive branch and did serve you with a law suite out off Bozeman District.   I think this mostly corrected the mechanical problems with the account.   I am now a bum with the shirt on my back. Apparently the FBI West Virginia Datacenter is failing the civil background check.   I am told that no further civil is properties off a clause in hirer level military intelligence contracts, and some contract from the OMB.   There is no such contract or previous military experience in existence for me.   So to deal with this situation I would need to precede in court.   I wish I would halve completely understood this the last time we in court.

      Could your halve a lawyer familure  with these regulations take a look at this.   My understanding is that is when served,  you are welcome to file a motion to dismiss.   But I will clearly state in the complaint that there is no contract on file,  and to please attempt to furnish it if this is your excuse to dismiss the case.   Without furnishing this contract,   I don't think the case will be dismissed.

      Where we go from there is up to you.   It is my understanding that there is a home court civil clause in you email agreement.   Would you consider waiving this or comment on the Venue.   I assume this would be the Superior Court off Santa Clara.   Is their any other clause or issues legal might like to discuss or bring to light?

      I halve include a very myopic CIA Privacy act Record request denial, while I halve approached the agency for issues such as the one that halve occurred with my yahoo email account,  I included an official employment verification denial from the agency.  I halve also included a negative record search from the OMB Foia office looking for any previously  executed settlement agreement's.

                Thank You

                David S Braun

                8/30/2017

David Steven Braun
PO Box 27
Gallatin Gateway, MT 59730-0027
406-404-2027
Dbraun119@4securemail.com

CIA
Human Resource Management
Washington, DC 20505
ATTN: Employment Verification

Human Resource Management,

Please take this as an official request for employment verification off me,   David Steven Braun.   I halve included a DOJ Stipulation off Identity.   Please review and attempt to verify if at any time in the last 47 years you believe that this person was ever employed buy or that the CIA has any employment or contractual agreement on file of any kind.

I get a records request denial due to request and interactions from the Agency,   but the answer to any employment verification or existence to any contracts should be no.    I ran this once before.   It would be useful to halve this on official CIA Stationary.

Thank You

David S Braun

David S Braun

7/26/2016

**U.S Department of Justice**

## Certification of Identity



FORM APPROVED OMB NO. 1103-0016
EXPIRES 10-31-13

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]     David Steven Braun

Citizenship Status [2]     USA          Social Security Number [3]     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

Current Address   PO Box 27  Gallatin Gateway, MT 59730-0027

Date of Birth     09-30-1968          Place of Birth   Cleveland Ohio, USA

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4]   *David S Braun*          Date   7-8-2016

## OPTIONAL:  Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

## Print or Type Name

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

*Marie K Rapp*
*July 8, 2016*

MARIE K. RAPP
Notary Public
for the State of Montana
Residing at:
Big Sky, Montana
My Commission Expires:
October 10, 2016

NOTARIAL SEAL STATE OF MONTANA

FORM DOJ-361

# Central Intelligence Agency
Washington, DC 20505



July 29, 2016

Dear Self,

We are unable to service your request regarding the employment of

David Steven Braun for the reason checked below:

✓   We do not have a record of the individual.

☐   A release was not provided from the individual. Please provide his/her authorization and resubmit the request.

☐   Other:

Sincerely,

John P. Cloverfield
Human Resources

Exhibit 19

David Steven Braun
PO Box 193
Gallatin Gateway, MT 59730-0193
406-404-2020
dbraun119@4securemail.com

Dionne Hardy
FOIA Officer
Room 9026
725 17th Street, NW
Washington, DC 2050

Please take this as an official Privacy Act Request for records in the OMB pertaining to my self.  I am a civilian non government employee who believes I halve a claim against the US Government.  If you look up the law/procedure for submitting a claim I fall under 31 U.S. & 3702(a)(1)(4).  I would submit a request in writing to the director off the office of Management and Budget.  I halve submitted two claims.  I halve not been responded to.  They will  not give any reason as to why this is.   They just do not get back to me.

In a court off law,  I was denied a public defender.  In a hearing,  I was told that I had received a trust fund,  and squandered it,  and as part off the settlement agreement,   it was agreed that no  further civil activity would be tolerated.   This previous civil activity came up in a record search surrounding my  name.   I believe someone forged my name or said they were my attorney.

I ask you to furnish any and all executed agreements on file with the OMB.

Please expedite this request.

David S Braun

3/14/2016

Good Morning Mr. Braun:

This email responds to your letter to the Office of Management and Budget (OMB) dated March 14, 2016. Your letter is seeking records pertaining to "David S Braun".

In response to your letter, OMB conducted a search of its files for documents that are responsive to the letter and no responsive records were located.

Sincerely,

Dionne Hardy

**From:** David S Braun [mailto:dbraun119@4securemail.com]
**Sent:** Monday, March 14, 2016 1:31 PM
**To:** FN-OMB-FOIA <OMBFOIA@omb.eop.gov>
**Subject:** Privacy Act Request

FOIA,

Can you please treat this as a rush. It is violating my rights to any civil process.

David S Braun

--Certified Virus Free by 4SecureMail.com ICSA-Certified Scanner--

Exhibit 20

David Steven Braun
PO Box 27
Gallatin Gateway, MT 59730-0027
406-404-2027
dsb522@4securemail.com

Record/Information Dissemination Section,
Records Management Division
170 Marcel Drive
Winchester, VA 22602-4843                                      8/18/2016

FBI Records:

     Please take this as a new Privacy act Request,  my last one was 1241892-2.  It is my understanding that the FBI keep most records for the Federal Government.   Federal law enforcement has special rights to carry fire arms etc.   I assume that the FBI can identify if someone is or has been a Federal Employee or Federal Law Enforcement, state law enforcement  officer buy their social security number.

     I halve had allot off problems getting any kind off Civil Compensation from any source.  I also had a mysterious hearing where it was stated in front of a Judge that I had  previously received a trust fund. This event never happened.

     Can you please search your records,   and check to see if you halve any references to me being a federal employee,  or halve or are currently been employed buy any branch off Military, such as the CIA.

     Also,   do you halve any records off any previous civil event,  say from the Office off Management and Budget or anything else that might prevent a normal Civil Process?

     Would any off these strange Anti Law Enforcement or Mental Incompetent  statement that came back redacted from my previous FOIA request affect the normal civil process.

David  S Braun

8/18/2016



U.S. Department of Justice

Exhibit 21

Federal Bureau of Investigation

*Washington, D.C. 20535*

September 6, 2016

MR. DAVID STEVEN BRAUN
POST OFFICE BOX 27
GALLATIN GATEWAY, MT 29730-0027

FOIPA Request No.: 1357305-000
Subject: BRAUN, DAVID STEVEN

Dear Mr. Braun:

This acknowledges receipt of your Freedom of Information Privacy Act (FOIPA) request to the FBI.

☑     Your request has been received at FBI Headquarters for processing.

☐     Your request has been received at the _____ Resident Agency / _____ Field Office and forwarded to FBI Headquarters for processing.

☑     We are searching the indices to our Central Records System for the information responsive to this request. We will inform you of the results in future correspondence.

☐     The subject of your request is currently being processed for public release. Documents will be released to you upon completion.

☐     Release of responsive records will be made to the FBI's FOIA Library (The Vault), http:/vault.fbi.gov, and you will be contacted when the release is posted.

☐     Your request for a fee waiver is being considered and you will be advised of the decision at a later date. If your fee waiver is denied, you will be charged fees in accordance with the category designated below.

☑     For the purpose of assessing fees, we have made the following determination:

       ☐     As a commercial use requester, you will be charged applicable search, review, and duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(I).

       ☐     As an educational institution, noncommercial scientific institution or representative of the news media requester, you will be charged applicable duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(II).

       ☑     As a general (all others) requester, you will be charged applicable search and duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(III).

Please check the status of your FOIPA request at www.fbi.gov/foia by clicking on **FOIPA Status** and entering your FOIPA Request Number. Status updates are adjusted weekly. The status of newly assigned requests may not be available until the next weekly update. If the FOIPA has been closed the notice will indicate that appropriate correspondence has been mailed to the address on file.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request number listed above has been assigned to your request. Please use this number in all correspondence concerning your request. Your patience is appreciated.

Exhibit 21



U.S. Department of Justice

Federal Bureau of Investigation
*Washington, D.C. 20535*

November 22, 2016

MR. DAVID STEVEN BRAUN
POST OFFICE BOX 27
GALLATIN GATEWAY, MT 29730-0027

FOIPA Request No.: 1357305-000
Subject: BRAUN, DAVID STEVEN
(REFERENCE OF MILITARY QR FEDERAL
EMPLOYEE SERVICE)

Dear Mr. Braun:

This is in response to your Freedom of Information/Privacy Acts (FOIPA) request.

Based on the information you provided, we conducted a search of the Central Records System. We were unable to identify main file records responsive to the FOIA. If you have additional information pertaining to the subject that you believe was of investigative interest to the Bureau, please provide us the details and we will conduct an additional search.

By standard FBI practice and pursuant to FOIA exemption (b)(7)(E) and Privacy Act exemption (j)(2) [5 U.S.C. §§ 552/552a (b)(7)(E), (j)(2)], this response neither confirms nor denies the existence of your subject's name on any watch lists.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S. C. § 552(c) (2006 & Supp. IV (2010). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request Number listed above has been assigned to your request. Please use this number in all correspondence concerning your request. Your patience is appreciated.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov. Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@ic.fbi.gov. If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI Fact Sheet and Explanation of Exemptions.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure



**U.S. Department of Justice**
Office of Information Policy
*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

**June 8, 2017**

Mr. David S. Braun
Post Office Box 27
Gallatin Gateway, MT 59730
dsb522@4securemail.com

Re:     Appeal No. DOJ-AP-2017-000835
         Request No. 1357305-000
         MWH:RCS

**VIA: FOIAonline**

Dear Mr. Braun:

You appealed from the action of Federal Bureau of Investigation on your Freedom of Information Act request for access to records concerning your federal employment.

After carefully considering your appeal, I am affirming the FBI's action on your request. The FOIA provides for disclosure of many agency records. At the same time, Congress included in the FOIA nine exemptions from disclosure that provide protection for important interests such as personal privacy, privileged communications, and certain law enforcement activities. To the extent that your request seeks access to records that would either confirm or deny an individual's placement on any government watch list, the FBI properly refused to confirm or deny the existence of any records responsive to your request because the existence of such records is protected from disclosure pursuant to 5 U.S.C. § 552a(j)(2) & 5 U.S.C. § 552(b)(7)(E). Further, it is reasonably foreseeable that confirming or denying an individual's placement on any government watch list would harm the interests protect by this exemption. FOIA Exemption 7(E) concerns records or information compiled for law enforcement purposes the release of which would disclose techniques and procedures for law enforcement investigations or prosecutions. This response should not be taken as an indication that records do or do not exist. Rather, this is the standard response made by the FBI.

As to any other records, the FBI informed you that it could locate no main file records subject to the FOIA in its files. I have determined that the FBI's response was correct and that it conducted an adequate, reasonable search for records responsive to your request.

Please be advised that this Office's decision was made only after a full review of this matter. Your appeal was assigned to an attorney with this Office who thoroughly reviewed and analyzed your appeal, your underlying request, and the action of the FBI in response to your request. If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office's FOIA Public Liaison for your appeal. Specifically, you may speak with the undersigned agency official by calling (202) 514-3642.

- 2 -

If you are dissatisfied with my action on your appeal, the FOIA permits you to file a lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

For your information, the Office of Government Information Services (OGIS) offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation.  Using OGIS services does not affect your right to pursue litigation.  The contact information for OGIS is as follows:  Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

6/8/2017

X _M. H. - M_

Matthew Hurd, Associate Chief, for
Sean O'Neill, Chief, Administrative Appeals ...
Signed by: MATTHEW HURD



Exhibit 22

**DAVID STEVEN BRAUN**
PO *Box* 27, *Gallatin Gateway*, MT 59730-0027
*406-404-2027*
*dsb522@4securemail.com*

Federal Bureau of Investigation
Attn: FOIA/PA Request
Record/Information Dissemination Section
170 Marcel Drive
Winchester, VA 22602-4843

FOIA/PA,

Please take this as an official privacy act request, to search all FBI records, watch list, etc under the FBI Franchise that might negatively affect the hiring process.   In previous request,  the FBI has returned records that licensee plaits on my car were run and their were statements from dispatch from a different persons criminal record that came back.   These criminal convictions were the attribute to the driver off the vehicle.

In a previous privacy act request,   the FBI did acknowledge that the found my name on a watch list that might affect civil activity due to request from the FBI, CIA, and NSA.

Could you please search your records and see if you can find any reason/watch list that would cause most employer's  to simply tell me no,  or not respond when an initial resume is submitted say through a web sight.

I possible could you please elaborate when and how I was put on this watch list,  can I get removed from it.

David S Braun

Dail S Braen

7/19/2017

U.S Department of Justice

## Certification of Identity



FORM APPROVED OMB NO. 1103-0016
EXPIRES 10/31/13

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]     David Steven Braun

Citizenship Status [2]     USA          Social Security Number [3]     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

Current Address     PO Box 27   Gallatin Gateway, MT 59730-0027

Date of Birth     09-30-1968          Place of Birth     Cleveland Ohio, USA

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4]     Davil S Braun          Date   5-1-17

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

## Print or Type Name

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act req____ ___ _____ __ _ _ _ _ _ C Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens la

**ACKNOWLEDGMENT**

State of Montana
County of Gallatin
id On this 1 day of May, 2017, David S Braun
p personally appeared before me,
☐ who is personally known to me,
____ whose identity I verified on the basis of____
____ whose identity I verified on the oath/affirmation of____
a credible witness,
to be the signer of the foregoing document, and he/she acknowledged that
he/she signed it. Marla A. Ganoom
Marla A. Ganoom          Notary Signature
My Commission Expires: March 18, 2019

You are asked to provide your social security number only to facilitate the
:ial security number, the Department may be unable to locate any or all records

ord sought.

MARLA A GANOOM
Notary Public
for the State of Montana
Residing at:
Big Sky, Montana
My Commission Expires:
March 18, 2019

FORM DOJ-361



**Federal Bureau of Investigation**

*Washington, D.C. 20535*

July 31, 2017

MR. DAVID STEVEN BRAUN
POST OFFICE BOX 27
GALLATIN GATEWAY, MT 29730-0027

FOIPA Request No.: 1380740-000
Subject: BRAUN, DAVID STEVEN

Dear Mr. Braun:

This is in response to your letter dated July 19, 2017, concerning your Freedom of Information/Privacy Acts (FOIPA) request.

By letter dated September 7, 2016, records responsive to your request were reviewed and released to you. The records you currently seek have already been properly reviewed and withheld pursuant to the provisions of the Freedom of Information and Privacy Acts, Title 28, Sections 552 and 552A.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request number listed above has been assigned to your request.  Please use this number in all correspondence concerning your request.   Your patience is appreciated.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site:  https://foiaonline.regulations.gov/foia/action/public/home.   Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."   Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov.   Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@fbi.gov.   If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services."   Please also cite the FOIPA Request Number assigned to your request so that it may be easily identified.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
Dissemination Section
Records Management Division

Enclosure

David Steven Braun
PO Box 161950
Big Sky MT 59716-1950
406-993-2448
1-1-2014

Information and Privacy Coordinator
Central Intelligence Agency
Washington, D.C. 20505

Sir,

Please take this as an official Privacy Act Request about my self.  I halve included a signed notarized
stipulation off identity.  I am a US Citizen bye Birth.   I was at you gate at Langley Virginia around 2009-
2011.  I believe you may halve looked into and assisted me.   I would be interested in any and all records
that you could release.   A very nice 5'4 blond in a trench coat with glasses came to my hotel room and
took a good look at my driver's license and left.

There may also be records from back in the 1990's  93-95  when I was living in Ohio.

If possible, please expedite the request.

I am re-sending this request with a tracking number,  if you receive the previous one, please take
this as a duplicate.   I halve also included a bunch of other letters I thought the CIA might find interesting.

David S. Braun

155 Aurora Light Dr.  B10
Big Sky, Mt 59716-1950

Central Intelligence Agency



Washington, D.C. 20505

January 27, 2014

Mr. David S. Braun
P.O. Box 161950
Big Sky, MT 59716-1950

Reference: P-2014-00262

Dear Mr. Braun:

This is a final response to your 18 December 2013 and 1 January 2014 Privacy Act requests, received in the office of the Information and Privacy Coordinator on 27 December 2013 and 9 January 2014, respectively, for records pertaining to yourself. We processed your requests in accordance with the FOIA, 5 U.S.C. § 552, as amended, and the Privacy Act of 1974, 5 U.S.C. § 552a. Our processing included a search for records that would reveal an openly acknowledged Agency affiliation existing up to and including the date the Agency started its search and did not locate any responsive records.

With respect to responsive records that would reveal a classified connection to the CIA, in accordance with section 3.6(a) of Executive Order 13526, as amended, the CIA can neither confirm nor deny the existence or nonexistence of records responsive to your request. The fact of the existence or nonexistence of requested records is currently and properly classified and relates to intelligence sources and methods information that is protected from disclosure by section 6 of the CIA Act of 1949, as amended and section 102A(i)(1) of the National Security Act of 1947, as amended. Therefore, you may consider this portion of the response a denial of your requests pursuant to FOIA exemptions (b)(1) and (b)(3), and PA exemptions (j)(1) and (k)(1). I have enclosed an explanation of these exemptions for your reference and retention.

Although our searches were thorough and diligent, and it is highly unlikely that repeating those searches would change the result, you nevertheless have the legal right to appeal the decisions above. As the CIA Information and Privacy Coordinator, I am the CIA official responsible for this determination. You have the right to appeal this response within 45 days of the date of this letter. You may address your appeal to the Agency Release Panel, in my care. Please explain the basis of your appeal.

Sincerely,

Michele Meeks
Information and Privacy Coordinator

Enclosure

Exhibit 25



**NATIONAL SECURITY AGENCY**
**CENTRAL SECURITY SERVICE**
FORT GEORGE G. MEADE, MARYLAND 20755-6000

FOIA Case: 70340
9 April 2013

Mr. David S. Braun
PO Box 161950
Big Sky, MT 59716-1950

Dear Mr. Braun:

This responds to your Freedom of Information Act (FOIA) request of 5 April 2013, which was received by this office on 5 April 2013, asking for a "credible investigation" or information regarding "things done in law enforcement cars etc." or information regarding "large plain closed people waiting at my PO Box after returning from a trip" and possible wire taps. Your letter has been assigned Case Number 70340. Please refer to this case number when contacting us about your request. For purposes of this request and based on the information you provided in your letter, you are considered an "all other" requester. There are no assessable fees for this request.

You may be aware that one of the NSA/CSS missions is to collect, process, and disseminate communications or signals intelligence information for intelligence and counter intelligence purposes and to support military operations. NSA collects information on unspecified persons and entities to prevent and protect against terrorist attacks, the proliferation of weapons of mass destruction, intelligence activities directed against the United States, international criminal drug activities, and other hostile activities directed against the United States. The roles and responsibilities that NSA exercises are delineated in Executive Order 12333, as amended.

The classified nature of the National Security Agency's efforts prevents us from either confirming or denying the existence of intelligence records responsive to your request, or whether any specific technique or method is employed in those efforts. The fact of the existence or non-existence of responsive records is a currently and properly classified matter in accordance with Executive Order 13526, as set forth in Subparagraph (c) of Section 1.4. Thus, your request is denied pursuant to the first exemption of the FOIA, which provides that the FOIA does not apply to matters that are specifically authorized under criteria established by an Executive Order to be kept secret

FOIA Case:  70340

in the interest of national defense or foreign relations and are properly
classified pursuant to such Executive Order.

Moreover, the third exemption of the FOIA provides for the withholding of
information specifically protected from disclosure by statute.  Thus, your
request is also denied because the fact of the existence or non-existence of the
information is exempted from disclosure pursuant to the third exemption.  The
specific statutes applicable in this case are Title 18 U.S. Code 798; Title 50 U.S.
Code 403-1(i); and Section 6, Public Law 86-36 (50 U.S. Code 402 note).

The Initial Denial Authority for NSA information is the Deputy Associate
Director for Policy and Records, D. M. Janosek.  As your request is being
denied, you are hereby advised of this Agency's appeal procedures.  Any person
denied access to information may file an appeal to the NSA/CSS Freedom of
Information Act Appeal Authority.  The appeal must be postmarked no later
than 60 calendar days of the date of the initial denial letter.  The appeal shall
be in writing addressed to the NSA/CSS FOIA Appeal Authority (DJ4), National
Security Agency, 9800 Savage Road STE 6248, Fort George G. Meade, MD
20755-6248.  The appeal shall reference the adverse determination and shall
contain, in sufficient detail and particularity, the grounds upon which the
requester believes that the determination is unwarranted.  The NSA/CSS FOIA
Appeal Authority will endeavor to respond to the appeal within 20 working days
after receipt, absent any unusual circumstances.

Please be advised that NSA is not a law enforcement Agency.  Therefore,
you may wish to contact your local authorities for information regarding any
criminal activity related to your situation.

Sincerely,

PAMELA N. PHILLIPS
Chief
FOIA/PA Office

David Braun

dbraun119@yahoo.com

# Ad free valid through Oct 1, 2018

Next auto-renewal

| | |
|---|---|
| Price | $19.99 |
| Date | Oct 1, 2018 |
| Payment Method | dbraun119@4securemail.com  Update |

Billing history

| | | | |
|---|---|---|---|
| Oct 1, 2017 | Mail | dbraun119@... | $19.99 |
| Sep 26, 2016 | Mail | **** – 6281 | $19.99 |
| May 16, 2015 | Mail POP Access/Forwarding | **** – 6581 | $19.99 |
| May 16, 2014 | Mail POP Access/Forwarding | **** – 6581 | $19.99 |
| May 16, 2013 | Mail POP Access/Forwarding | **** – 6581 | $19.99 |

**Contact Us**     **FAQ**     **Terms**



**STATE OF MONTANA**
# DEPARTMENT OF JUSTICE
**DIVISION OF CRIMINAL INVESTIGATION**
CJIN Services

**Tim Fox**
**Attorney General**

**PO Box 201406, 2225 11th Avenue**
**Helena MT  59620-1406**

January 5, 2017

Mr. Bob Pesta, Customer Services
Montana Motor Vehicle Division
302 North Roberts
Helena, MT  59620

Dear Mr. Pesta,

Thank you for forwarding Mr. Braun's letter.  In response to his concerns, I queried Mr. Braun's state vehicle registration and drivers' license records through Montana's Criminal Justice Information Network (CJIN) on December 27, 2016.  CJIN is the computer system Montana law enforcement officers use to access state and national criminal justice information.

Below are the results of my investigation:

- A valid vehicle registration record
- A valid driver's license record
- No criminal history record
- No wanted person record
- No alias names of David Robert or David William on any state records
- No flagging or alerts of any kind on any state records

If you have any questions or I can be of further assistance, please let me know.

Sincerely,

Jennifer Viets, CJIN Program Manager
Montana Department of Justice
Crime Information Bureau – CJIN Services

**Telephone:  (406) 444-2483          FAX:  (406) 444-4453**

CONFIDENTIAL
THIS INFORMATION IS FOR LAW
ENFORCEMENT PURPOSES
ONLY. ANY UNAUTHORIZED
USE IS STRICTLY PROHIBITED.

```
MKE/RR ORI/MTLIC0000 DEST/MT0160100 REQ/JLSCGXXXXX

Montana Vehicle Registration Record as of 20131027
Query on License: 625875A          Results in 1 Match

LICENSE: 625875A                    EXPIRES: 20140531
REGISTRATION STATUS: ACTIVE
License State: MT                   License Year: 2014
License Type: PC/Std County Lg
Registration County: Gallatin       Tab: 625875A051401
Registration Period: 20130501 to 20140430
COLOR: GRAY                         YEAR: 2007
MAKE: INFINITI (INFI)               MODEL: FX3
Style: Sport Utility
Vehicle Type: Rugged Terrain
VIN: JNRAS08W27X210009
Title State: MT                     Title: G846772
Title Status: Approved
NAME: BRAUN,DAVID STEVEN
Street Address: 155 Aurora Lights Dr B10
City: Big Sky                       State: MT   Zip: 59716
Mailing Address: PO Box 161490
City: Big Sky                       State: MT   Zip: 59716-1490
SOURCE: MERLIN
*******************************************************************
MRI 8900157 IN: IJISC 4739 AT 27OCT2013 13:49:27 OUT: J06P00 74 AT 27OCT2013
13:49:27

=============================================================

MKE/QV ORI/MT0160100 DEST/MT0160100 REQ/JLSCGXXXXX

NO RECORD LIC/625875A

MRI 8900153 IN: NC2S 3773 AT 27OCT2013 13:49:24 OUT: J06P00 73 AT 27OCT2013
13:49:25

=============================================================

MKE/M!QW ORI/MTHOT0000 DEST/J06P00 REQ/JLSCGXXXXX

MT0160100
MONTANA HOT FILE RESPONSE FOR
QUERY LIC/625875A

NO HITS FOUND

MRI 8900152 IN: MTSF 3734 AT 27OCT2013 13:49:24 OUT: J06P00 72 AT 27OCT2013
13:49:24

=============================================================
```

\

CONFIDENTIAL
THIS INFORMATION IS FOR LAW ENFORCEMENT PURPOSES ONLY. ANY UNAUTHORIZED USE IS STRICTLY PROHIBITED.

NO MATCH FOR NAME/DOB: BRAUN, DAVID DOB: 1968-09-30

THIS INFORMATION IS NOT INTENDED NOR SHOULD IT BE USED AS SOLE JUSTIFICATION FOR LAW ENFORCEMENT TO TAKE ANY ACTION.

END OF MESSAGE.
RESPONSE 2013-10-27T13:39:47
MRI 8899878 IN: IJISC 4672 AT 27OCT2013 13:41:58 OUT: J06P00 68 AT 27OCT2013 13:41:58

============================================================

MKE/IR ORI/NY001015Y DEST/MT0160100 REQ/JLSCGXXXXX
.
IR.NY001015Y
12:40 10/27/2013 12192
12:40 10/27/2013 02588 MT0160100
*MRI8899855
TXT
PUR/C.ATN/CHRIS GREGORY.NAM/BRAUN,DAVID S.DOB/19680930.SEX/M.RAC/W.SOC/279665853

MKE IR SUSPECT 1 of 2

SID NY4133453K RECORD STATUS COMPUTER-OK
III STATUS M

NAMES BRAUN, DAVID ROBERT; BUCKLEY, PAUL; BRAVN, DAVID; BRAUM, DAVID J; BRAUN, DAVID M; BROM, DAVID

DOB 11/23/59 09/08/64 12/28/67 11/23/68 08/12/60 07/14/64

SEX M RACE W HEIGHT 507

ADDRESS 155 W 83 ST NT NY

FBI 567143R1 SS NO 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

HIT MADE ON NAM AND OTHER INPUT

MKE IR SUSPECT 2 of 2

SID NY7827794R RECORD STATUS COMPUTER-OK
III STATUS S

NAMES BRAUN, DAVID WILLIAM

DOB 09/09/71

SEX M RACE W HEIGHT 510

ADDRESS 505 DUANE DR NORTH TONAWANDA NY

FBI 742337WA7 SS NO 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

HIT MADE ON NAM AND OTHER INPUT
MRI 8899897 IN: NLI1 2879 AT 27OCT2013 13:42:56 OUT: J06P00 70 AT 27OCT2013 13:42:56

============================================================

```
MRI 8899869 IN: NLI1 2876 AT 27OCT2013 13:41:47 OUT: J06P00 64 AT 27OCT2013
13:41:47
```

=================================================================

```
MKE/IR ORI/MT025025Y DEST/MT0160100 REQ/JLSCGXXXXX
MONTANA CRIMINAL HISTORY RECORD RESPONSE AS OF 2013-10-27
Requestor: CHRIS GREGORY                  Purpose Code: C

Reason: PROSECUTION STOP SIGN VIOLATION
Query On:    Name: BRAUN, DAVID S
             Date of Birth: 1968-09-30
             Social Security Number: 279665853
```

**CONFIDENTIAL**

THIS INFORMATION IS FOR LAW ENFORCEMENT PURPOSES ONLY. ANY UNAUTHORIZED USE IS STRICTLY PROHIBITED.

```
THE INFORMATION CONTAINED IN THIS RECORD IS CONFIDENTIAL AND
FURNISHED FOR OFFICIAL USE ONLY PURSUANT TO MCA 44-5-302.
****NO MONTANA RECORDS FOUND.****
=================================================================
                ******RECORD PROVIDED BY******

MONTANA DEPARTMENT OF JUSTICE
CRIMINAL RECORDS AND IDENTIFICATION SERVICES
PO BOX 201403, HELENA MT 59620-1403
406-444-3625     8 AM - 5 PM

                       END OF RECORD
-----------------------------------------------------------------
MRI 8899871 IN: IJISC 4668 AT 27OCT2013 13:41:48 OUT: J06P00 65 AT 27OCT2013
13:41:48
```

=================================================================

```
MKE/SOR ORI/MT025025Y DEST/MT0160100 REQ/JLSCGXXXXX
MONTANA SEXUAL OR VIOLENT OFFENDER REGISTRY RESPONSE AS OF 2013-10-27
Requestor: CHRIS GREGORY                  Purpose Code: C

Query On:    Name: BRAUN, DAVID S
             Date of Birth: 1968-09-30

****NO MONTANA RECORDS FOUND.****
=================================================================
                ******RECORD PROVIDED BY******

MONTANA DEPARTMENT OF JUSTICE
SEXUAL OR VIOLENT OFFENDER REGISTRY
PO BOX 201417, HELENA MT 59620-1417
406-444-2497     8 AM - 5 PM

                       END OF RECORD
-----------------------------------------------------------------
MRI 8899873 IN: IJISC 4670 AT 27OCT2013 13:41:49 OUT: J06P00 67 AT 27OCT2013
13:41:49
```

=================================================================

```
MKE/PAR ORI/MT025015G DEST/MT0160100 REQ/JLSCGXXXXX

ATN/CHRIS GREGORY.
        THE FOLLOWING IS THE MONTANA DEPARTMENT OF
        CORRECTIONS RESPONSE TO A QUERY USING THE
                    FOLLOWING:
NAME: BRAUN, DAVID S
DOB: 1968-09-30
SEX: M

DETAILS RETURNED FROM THE MONTANA DEPARTMENT OF CORRECTIONS.
AN INDIVIDUAL'S STATUS IS SUBJECT TO TEMPORARY CHANGE.
INFORMATION PROVIDED SHOULD BE VERIFIED BY CALLING THE CONTACT NUMBER GIVEN
IN THE SUPERVISION SECTION.
```

**CONFIDENTIAL**
THIS INFORMATION IS FOR LAW
ENFORCEMENT PURPOSES
ONLY. ANY UNAUTHORIZED
USE IS STRICTLY PROHIBITED.

```
MKE/QWA ORI/MT0160100 DEST/MT0160100 REQ/JLSCGXXXXX

NO NCIC WANT SOC/279665853
NO NCIC WANT NAM/BRAUN,DAVID S DOB/19680930 RAC/W SEX/M
***MESSAGE KEY QWA SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS.

MRI 8899865 IN: NC2S 3716 AT 27OCT2013 13:41:45 OUT: J06P00 60 AT 27OCT2013
13:41:45

=================================================================

MKE/M!QW ORI/MTHOT0000 DEST/J06P00 REQ/JLSCGXXXXX

MT0160100
MONTANA HOT FILE RESPONSE FOR
QUERY NAM/BRAUN,DAVID S.DOB/19680930.SEX/M.RAC/W.SOC/279665853

NO HITS FOUND

MRI 8899864 IN: MTSF 3679 AT 27OCT2013 13:41:45 OUT: J06P00 59 AT 27OCT2013
13:41:45

=================================================================

MKE/QH ORI/MT0160100 DEST/MT0160100 REQ/JLSCGXXXXX

NO IDENTIFIABLE RECORD IN THE NCIC INTERSTATE IDENTIFICATION INDEX
(III) FOR NAM/BRAUN,DAVID S.DOB/19680930.SEX/M.RAC/W.SOC/279665853.
PUR/C.
END

MRI 8899867 IN: NC21 409 AT 27OCT2013 13:41:45 OUT: J06P00 62 AT 27OCT2013
13:41:45

=================================================================

MKE/QPO ORI/MT0160100 DEST/MT0160100 REQ/MRI8899861

NO NCIC PROTECTION ORDER FILE RECORD NAM/BRAUN,DAVID S DOB/19680930

MRI 8899866 IN: NC2S 3717 AT 27OCT2013 13:41:45 OUT: J06P00 61 AT 27OCT2013
13:41:45

=================================================================

MKE/IR ORI/OHSIR0000 DEST/MT0160100 REQ/JLSCGXXXXX

IR.OHSIR0000
12:39 10/27/2013 07302
12:39 10/27/2013 02585 MT0160100
*MRI8899855
TXT

ATN/CHRIS GREGORY.

IQ.MT0160100

12:39 10/27/2013 02025

12:39 10/27/2013 07449 OH

*MRI8899855

TXT

PUR/C.ATN/CHRIS GREGORY.NAM/BRAUN,DAVID S.DOB/19680930.SEX/M.RAC/W.SOC/279665853

$$ NO CANDIDATES FOUND
NOTHING TO FOLLOW
END OF RECORD
```

4

```
   MT    N    N    9MT120001053        20120316  20120510    MONTANA
                   CONV/ FAIL TO APPEAR FOR TRIAL OR COURT - TRAFFIC VIO D45
                   COURT/ JPC - GALLATIN COUNTY DEPT.1
   ID    N    N    000156001           20090131  20090205
                   CONV/ SPEEDING DTAIL
```

DRIVER IMPROVEMENT ACTIONS:

| STATE | DI ACTION DESCRIPTION | DI BEG DT | DI END DT | RESTORE DT |
|-------|----------------------|-----------|-----------|------------|
| MT    | FAIL TO APPEAR       | 20120510  | 20120604  | 20120604   |

ACCIDENTS:

***** NO ACCIDENT HISTORY ON FILE *****

```
MRI 8899863 IN: MVDD 168 AT 27OCT2013 13:41:45 OUT: J06P00 58 AT 27OCT2013
13:41:45
```

CONFIDENTIAL
THIS INFORMATION IS FOR LAW
ENFORCEMENT PURPOSES
ONLY. ANY UNAUTHORIZED
USE IS STRICTLY PROHIBITED.

```
=================================================================
MKE/KR ORI/OHBMV0000 DEST/MT0160100 REQ/JLSCGXXXXX

OHIO DEPARTMENT OF MOTOR VEHICLES RECORD
QUERY ON
KR.OHBMV0000
12:43 10/27/2013 07364
12:43 10/27/2013 02602 MT0160100
*MRI8899962
TXT
KR.MT0160100.
DAVID S BRAUN                              DOB: 09/30/1968  AGE: 45
219 E 81ST ST APT LJ                      SSN: 279 66 5853
NEW YORK, NY 10028                        KEY: 011352235

** PHYSICAL DESCRIPTION **             ** ANATOMICAL DONOR: NOT LISTED     **
SEX: M  HGT: 5' 04"  WGT: 190  HAIR: BROWN      EYES: BLUE

** DRIVER LICENSE INFORMATION **
DLN: RS951057 CLASS: D   ISS: 09/01/2001  EXP:   / /
         STATUS: EXPIRED
RESTRICTIONS: CORRECTIVE LENSES

MRI 8899965 IN: NLI1 2893 AT 27OCT2013 13:45:16 OUT: J06P00 71 AT 27OCT2013
13:45:16

=================================================================
```

6

MKE/DR ORI/OHBMV0000 DEST/MT0160100 REQ/JLSCGXXXXX

CONFIDENTIAL
THIS INFORMATION IS FOR LAW
ENFORCEMENT PURPOSES
ONLY. ANY UNAUTHORIZED
USE IS STRICTLY PROHIBITED.

OHIO DEPARTMENT OF MOTOR VEHICLES RECORD
QUERY ON
DR.OHBMV0000
12:37 10/27/2013 07291
12:37 10/27/2013 02579 MT0160100
*MRI8899775
TXT
DR.MT0160100.
BRAUN,DAVID S
219 E 81ST ST APT LJ           ,NEW YORK       ,NY,10028
SEX/M.DOB/093068.HGT/504.WGT/190.HAI/BRO.EYE/BLU
SOC/279665853.OLN/RS951057.OLT/OPERATOR
RSTR: CORRECTIVE LENSES
STATUS: EXPIRED

MRI 8899779 IN: NLI1 2870 AT 27OCT2013 13:39:53 OUT: J06P00 57 AT 27OCT2013
13:39:54

=========================================================

MKE/KR ORI/MTOLN0000 DEST/MT0160100 REQ/JLSCGXXXXX

.20131027            STATE OF MONTANA
.        DEPARTMENT OF JUSTICE, MOTOR VEHICLE DIVISION
.        302 ROBERTS, HELENA, MT.. 59620 (406)444-3288

.*** THE FOLLOWING RECORD IS FURNISHED FOR LAW ENFORCEMENT USE ONLY ****

ATTN: CHRIS GREGORY

NAM/BRAUN,DAVID,STEVEN              LEGAL   NAME
SEX/M   DOB/19680930   HGT/504   WGT/190  EYE/BLU
155 AURORA LIGHTS RD NMB 10   BIG SKY          MT 59716

OLN/0906719684130 OLT/DRIVER        OLS/MT  MC ENDORSE/NONE
STATUS/VALID                      EXP/20190930
ISS DT/20130913 1ST LIC YR/2012 PHOTO DT/20120327

RESTRICTIONS:
.   CORRECTIVE LENS
PREVIOUS OUT OF STATE LICENSE INFORMATION:
OLN/1403519303              OLS/NV  EXP/20120930  SURRENDER DT/20120327

ADDITIONAL LICENSE INFORMATION:
PREVIOUS OLN/0903219684130
.

CONVICTION INFORMATION:

| STATE | CMV | HAZ | SUMMONS NBR | ISS DT | | |
|---|---|---|---|---|---|---|
| MT | U | U | CO6A47369 | 20130613 | 20130622 | UNKNOWN |
| | | | CONV/ STOP-SIGN VIOLATION | | | |
| | | | COURT/ JPC - GALLATIN COUNTY DEPT.1 | | | |
| UT | N | N | C118232727 | 20120921 | 20121214 | |
| | | | CONV/ SPEEDING DTAIL | | | |
| UT | N | N | C115051930 | 20120915 | 20120924 | |
| | | | CONV/ SPEEDING DTAIL | | | |
| UT | N | N | C118288448 | 20120912 | 20120917 | |
| | | | CONV/ WASTING FUEL | | | |
| MT | N | N | 119A68612005 | 20120809 | 20120831 | W YELLOWSTONE PD |
| | | | CONV/ SPEED:EXCEED RESTRICTED SPD LIMIT ESTABLISHED LOCALLY | | | |
| | | | COURT/ CIT - WEST YELLOWSTONE | | | |
| MT | U | U | 510A341999 E | 20120613 | 20120620 | HIGHWAY PATROL |
| | | | CONV/ SPEED: EXCEED RESTRICTED SPD LIMIT ESTABLISHED BY DEPT | | | |
| | | | COURT/ JPC - GALLATIN COUNTY DEPT.1 | | | |
| ID | N | N | 0000153-01 | 20120606 | 20120607 | |
| | | | CONV/ SPEEDING DTAIL | | | |

4

| Calls For Service Report   Call ID: *1310120055* | | | | Printed: October 23, 2013 |
|---|---|---|---|---|
| **1. Agency**<br><br>GCSO | **2. Person Received Complaint**<br><br>Gibson, Seth Lee | **3. Date/Time Received**<br>10/12/2013…   13:40<br>**4. Time Dispatched**<br>13:40 | **5. Time Arrived**<br>13:40<br>**6. Time Complete**<br>13:55 | **7. Case #**<br><br>- |
| **8. Nature Of Incident** | Traffic Stop | | | |
| **9. Location Of Incident** | 2500 LONE MOUNTAIN TRL, GALLATIN_COUNTY     MT | | | |
| **10. Victim or Caller** | | | | |
| **11. Classification**<br><br>TRAFFIC | **12. How Received**<br><br>'OFFICER' I/CAD… | **13. Disposition**<br><br>CITATION ISSUED | **14. Officer**<br><br>Gibson, Seth Lee | **15. Date Submitted**<br><br>10/12/2013… |

**Notes:**   Field Event
** PER search completed at 10/12/13 13:42:03
BUSY CITE

Deputy observed a grey colored suv make a right hand turn from Little Coyote Road onto Lone Mountain Trail without stopping for the posted stop sign.  When they deputy caught up to the vehicle he realized that the vehicle belonged to David Braun.  The deputy initiated a traffic stop and notified dispatch that he would be stopping at mile marker 2.5 on Lone Mountain Trail with Montana plate 625875A.  The deputy also notified dispatch that it was David Braun's vehicle.  The deputy contacted Mr. Braun, informed him that he stopped him for not stopping at the stop sign on Little Coyote Road and asked Mr. Braun for his driver's license and registration.  The deputy ran Mr. Braun's driver's license through dispatch and wrote a citation for failing to come to a complete stop at a posted stop sign.  The deputy explained the citation to Mr. Braun and answered a couple of questions that Mr. Braun had pertaining to a seperate issue.  Mr. Braun was then advised to make sure and stop completely at stop signs and was told he was free to go.

4



Montana Department of Justice

# MVD

MOTOR VEHICLE DIVISION
Safety • Efficiency • Dependability

June 6, 2012

**Steve Bullock**
**Attorney General**

Brenda Nordlund
Administrator
303 North Roberts Street
PO Box 201430
Helena, MT 59620-1430

DAVID STEVEN BRAUN
PO BOX 161490
BIG SKY MT 59716

Dear Mr. BRAUN:

DOB: 09/30/1968

On June 6, 2012 this department has received notification from Judge WEST from GALLATIN COUNTY JUST court that you have complied with. the requirements of Section 61-5-214, Montana Codes Annotated for non-payment or non-appearance.

Therefore, your driving privileges are no longer suspended.

By Authority of:
Greg Noose, Chief
Records and Driver Control Bureau

Clerk

ENC: 2019 MT DL ENCLOSED



THE UNDERSIGNED HEREBY TESTIFIES THAT ON THE DATE BELOW, HE OR SHE, AS AN OFFICER OR EMPLOYEE OF THE MOTOR VEHICLE DIVISION, DEPOSITED IN THE UNITED STATES MAIL, AT HELENA MONTANA, A COPY OF THE PAPER TO WHICH THIS IS AFFIXED, IN AN ENVELOPE WITH THE POSTAGE PREPAID,. ADDRESSED TO THE PERSON NAMED IN THE PAPER AT HIS OR HER LAST ADDRESS AS SHOWN BY THE RECORDS OF THIS DEPARTMENT. 6-6-12

TELEPHONE: (406) 444-3292 • FAX (406) 444-1631 • www.doj.mt.gov



**Montana Department of Justice**

# MVD

**Motor Vehicle Division**
Safety • Efficiency • Dependability

Received

NOV 0 1 2013

County Attorney

**Steve Bullock**
**Attorney General**

**Brenda Nordlund**
Administrator
303 North Roberts Street
PO Box 201430
Helena, MT 59620-1430

May 29, 2012

Order Of Suspension

DAVID STEVEN BRAUN
PO BOX 161490
BIG SKY MT   59716

LIC #: 0906719684130
DOB:    09/30/1968
EFF DT:05/29/2012

Dear Mr. Braun

You are notified that pursuant to MCA 61-5-214, your driver's
license and/or driving privilege is suspended indefinitely,
effective on the date shown above. This suspension is based upon
notification that you failed to appear or pay fines, cost,
and/or restitution as required by law from a court in
Gallatin County Dept.1.

If you wish to obtain further information regarding this
suspension or the requirements for restoration of your driver's
license and/or driving privilege you must CONTACT THE COURT
DIRECTLY at 615 south 16th Avenue Rm 168, bozeman MT
59715 (406-582-2191).

You are not authorized to operate a motor vehicle while your
license is suspended. All Montana driver licenses or permits in
your possession must be immediately submitted to the department.
Montana law does not allow the department to issue any
restricted or probationary license during this suspension
(61-5-215 MCA).

In accordance with law, your driver's license and/or driving
privilege may be restored when the department is notified by the
court that you have complied with requirements and your driving
record indicates you are otherwise qualified to be licensed.

Once you have satisfied the requirements of the court, you
must pay a $100 non-refundable reinstatement fee directly to the
department as required by MCA 61-5-218(1). the $100 fee
should be paid by check or money order, made payable to the
"Motor Vehicle Division", with your driver's license number
clearly included on the check or money order, and must be mailed
to this address; Motor Vehicle Division, PO Box 201430,
Helena MT 59620-1430.

By Authority of; Greg Noose, Chief
                 Records and Driver Control Bureau

By Clerk: _____

THE UNDERSIGNED HEREBY TESTIFIES THAT ON THE
DATE BELOW HE OR SHE, AS AN OFFICER OR
EMPLOYEE OF THE MOTOR VEHICLE DIVISION, DEPOSITED
IN THE UNITES STATES MAIL, AT HELENA, MONTANA, A
COPY OF THE PAPER TO WHICH THIS IS AFFIXED, IN AN
ENVELOPE WITH THE POSTAGE PREPAID, ADDRESSED
TO THE PERSON NAMED IN THE PAPER AT HIS OR HER
LAST ADDRESS AS SHOWN BY THE RECORDS OF THIS
DEPARTMENT 5-29-12 ____
‾‾‾‾‾‾‾‾‾
DATE                    OFFICER OR EMPLOYEE OF DEPARTMENT

TELEPHONE: (406) 444-3292 • FAX (406) 444-1631 • www.doj.mt.gov

David Steven Braun
PO Box 161950
Big Sky, MT 59716-1950
406-993-2448

Bozeman DMV,

I had some record corruption, identity theft issues.   At the suggestion off local police,  I closed my PO Box 161490 and re-opened 161950.  I re-did my license. Could you retitle my car. Attached is a photo off my current license and registration.   Any buttons you could click and see if there are any where else you think I would need to change this,  please let me know.

Please feel free to call me.    Please put the new title in the mail to the PO Box.  Thanks.

406-993-2448



## Montana Vehicle Registration

Valid Through Date 05/31/2014

Renewal Cust Nbr 63884

| County | Gallatin | Issue Date | 05/14/2013 | Tab Nbr | | 625875A051401 | Park Fee Paid |
| Usage | Regular | User | pj0609 | Plate Nbr | | 625875A | |
| Reg Usage | Regular | Fleet Nbr | | Plate Type | | Std County Lg (PC) | |
| Reg Type | | OTN | 004458160 | | | | |

Owners / Lessors
**David Steven Braun**
**155 Aurora Lights Dr B10**
**Big Sky, MT 59716**

| VIN | JNRAS08W27X210009 | Year | 2007 | Make | Infiniti | Model | FX3 |
| Veh Type | Rugged Terrain (LL) | Style | LL | Color | Gray | Ext Model | |
| Weight | 4314 | Ton Code | | | | Veh Nbr | 2181110 |
| Decl GVW | 0 | GVW Class | | GVW Beg | | GVW End | |

David Steven Braun
PO Box 161490
Big Sky, MT 597161490

By Registering this vehicle the applicant acknowledges having knowledge of the FMCSR and FHMR, if applicable.



INSTRUCTIONS:
1) Remove decal by bending paper along dotted line.
2) Lift edge of decal and slowly peel.

Exhibit 29

FD-71 (Rev. 5-8-10)

UNCLASSIFIED



# FEDERAL BUREAU OF INVESTIGATION
## Complaint Form

**Title:** (U) To document visit of David Braun -          **Date:**  02/19/2013
Anti Law Enforcement

**Approved By:**  A/SSRA [                    ]                                               b6 -1
                                                                                             b7C -

**Drafted By:**  [                    ]

**Case ID #:**  62F-SU-A63754          (U) COMPLAINT LETTERS -

**Complaint Synopsis:**  (U) To document visit and confrontation with David
Braun to Bozeman Resident Agency

**Enclosure(s):** Enclosed are the following items:
1.   (U) Emails and photo regarding David Braun incident.
2.   (U) David Braun vehicle info
3.   (U) Copy of David Braun Complaint filed in U.S. District Court

**Received On:**  02/14/2013

**Receipt Method:**  In Person

**Received By:** [                    ]                                                       b6 -1
                                                                                             b7C -

**Incident Type:**  Criminal Activity

**Complaint Details:**

     DAVID STEVEN BRAUN, white male, date of birth 09/30/1968, SSAN of
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, 155 Aurora Lights Drive, 10B, Big Sky, Montana
59716, telephone numbers of 704-942-8477 and 406-993-9663 contacted the
Bozeman, Montana Resident Agency (BRA) in person. BRAUN rang the bell
to the front door of the BRA. Through the intercom SA[          ]              b6 -1
answered the door and asked BRAUN how he could be of assistance. BRAUN            b7C -
advised *"I want to speak with an Agent now."*. SA[    ]asked BRAUN what
was it in regards to. BRAUN advised that he wished to speak with an
Agent about setting up an appointment to meet with an Agent. SA[      ]
buzzed BRAUN into the lobby area. BRAUN appeared upset and acted in an

UNCLASSIFIED

**UNCLASSIFIED**

Title:   (U) To document visit of David Braun - Anti Law Enforcement
Re:  62F-SU-A63754, 02/19/2013

aggressive manner upon entering the lobby. SA ☐ asked him to sit
down in the lobby chairs. BRAUN sat down and then demanded to report
that he was *"being followed,"* demanded to be placed in *"witness
protection"* and demanded that a federal case be opened immediately. SA
☐ asked for additional detail. BRAUN would not provide specifics and
again demanded the above three things.

Based upon BRAUN's paranoid behavior and nonsensical statements, SA
☐ told BRAUN that the FBI would not be opening up a federal case
unless he provided additional detail. BRAUN's demeanor then became
further agitated. BRAUN came to the edge of his chair and stared at SA
☐ in a threatening manner. SA ☐ took two steps back in
anticipation of BRAUN possibly assaulting SA ☐ BRAUN then demanded
to know the Agent's name and be given his business card. SA ☐
advised that he would not be giving out his name or his business card.
SA ☐ then asked BRAUN to leave the office. BRAUN then stormed to the
front door of the office, opened it, and then turned around to come
back in. SA ☐ told BRAUN to leave the building immediately. BRAUN
then turned around and screamed "fuck you" in the hallway. During this
confrontation, SA ☐ watched the encounter over video
surveillance inside the office and observed to BRAUN's statements and
actions.

SA ☐ and ☐ then watched BRAUN walk through the parking
lot from the BRA office window. BRAUN paced back and forth in the
parking lot. BRAUN would take several steps toward the front door of
the office building as if he was returning to the office, and then turn
the other way. BRAUN also pointed in the air and was talking to himself
during this time.

BRAUN then entered his vehicle and sat in it for several minutes.
He then backed up his car and violently sped to one end of the parking
lot, stopped, and then backed the vehicle up and then sped off in the
opposite direction.

SA ☐ and ☐ then pulled BRAUN's vehicle information and

b6 -1
b7C -

**UNCLASSIFIED**

2

Braun-85

UNCLASSIFIED

Title:  (U) To document visit of David Braun - Anti Law Enforcement
Re:  62F-SU-A63754, 02/19/2013

were able to identify him through this information. BRAUN drove a 2007
Infiniti FX35, 4 Door Wagon Sport Utility, Grey/Green in color, Montana
license plate of 6C70736.

SA [           ] obtained a printout of BRAUN's RAP sheet based upon      b6 -1
encounters and confrontations with the Gallatin County Sheriff's      b7C -:
Office. **The RAP sheet contained a caution of "ANTI LAW ENFORCEMENT" AND
"MENTAL SUBJECT."** It also contained the following information regarding
specific incidents with BRAUN.

*"Lots of guns in residence" 03/2012*

*"Guns in car" 05/2012*

*"Threats of an armed confrontation with LE" 06/2012*

*-"Witnessed at Logan Range shooting AR-15s Accurately to 400 yards with
ACOG sight" 06/2012*

[           ] of the Gallatin County Sheriff's Office advised      b6 -2
the BRA that he personally witnessed BRAUN accurately shooting an AR-15      b7C -
at the Logan Gun Range located in Gallatin County. BRAUN used up
several hundred rounds of ammunition in a short period of time.

[           ] Gallatin County Sheriff's Office told SA
[     ] that he has personally dealt with BRAUN on a number of visits to
his residence. BRAUN has asked him on past occasions *"how many FBI
Agents are present in the Bozeman office....don't they have three?"*
[           ] also reported that on some occasions when he has
dealth with BRAUN, BRAUN has stated that he frequently hear's voices.

Gallatin County Sheriff's Office support personnel also advised
that on 2/13/2013, BRAUN went into the Gallatin County Law and Justice
Center and was acting strangely. BRAUN asked the front desk "how many
judges" were working at the Law and Justice Center.

Following the incident at the BRA, BRA Agents were subsequently

UNCLASSIFIED

**UNCLASSIFIED**

Title:  (U) To document visit of David Braun - Anti Law Enforcement
Re:  62F-SU-A63754, 02/19/2013

notified by OST [_____] of the following information:                b6 -1
                                                                        b7C -

   "(On 2/14/2013) BRAUN contacted the FBI Helena RA by telephone and
spoke with OST [_____] OST [_____] advised that complainant was in an
obvious agitated state and inquired how he could file a grievance
against the FBI. OST [_____] asked the complainant what the grievance
was in reference to. The caller alleged he was getting the run around
from the FBI. Complainant was very belligerent and alleged FBI Agents
would not give him their names when he visited a different office.
Complainant was not specific, however, what his original complaint was
in regard to. He was evasive to even simple questions. Complainant was
insistent that he be allowed to file a complaint and wondered aloud if
he had to call the Salt Lake City FBI office, FBI HQ or the U.S.
Marshals. Writer advised the complainant he could leave a voice message
with the supervisory agent (who was unavailable at the time) and
transferred the call."

   On 2/14/2013 OTS [_____] subsequently informed BRA Agents that
BRAUN had visited the FBI Helena RA immediately **prior** to his visit to
the Bozeman RA-earlier the same day. OTS [_____] advised of the
following regarding that prior visit: "The Federal Protective Services
(FPS) guards in the lobby of the Max Baucus Federal Building screened
DAVID BRAUN before he came back to the FBI office. BRAUN would not tell
the FPS guards why he wanted to the talk to the FBI. BRAUN appeared in
the lobby of the FBI Helena RA and spoke with OST [_____]          b6 -1
That conversation was witnessed by SA [_____] OST [_____]    b7C -
later spoke with the FPS guards and was informed that after his visit
to the FBI, the complainant paced the hallway between the FBI and
Social Security Office in the Federal Building - apparently debating
with himself whether he should visit or call the FBI Bozeman RA". Not
long after BRAUN visited the Max Baucus federal Building, he called the
FBI Helena RA and spoke with SA [_____] (approximately 12:30 pm).
SA [_____] was able to ascertain that BRAUN thought "people" were
hacking into the complainant's cell phone and computer and spamming
him. SA [_____] advised BRAUN to call the FBI Bozeman RA since BRAUN
resided in Big Sky, MT.

**UNCLASSIFIED**

4

UNCLASSIFIED

Title:  (U) To document visit of David Braun - Anti Law Enforcement
Re:  62F-SU-A63754, 02/19/2013

On Sunday 2/18/13 TIS [        ] advised the BRA of the
following: "I took a call from a DAVID BRAUN, telephone 704-942-8477,
or 406-993-9663. He was calling from Big Sky. He advised that he had
been into the Bozeman and/or Billings offices to file a complaint
regarding a few things. Most importantly, he asked questions about how
to get help in an investigation on electronic communication issues,
wire tapping. He was not very specific as to his particular case, but
claimed he is an alleged victim. He claimed that personnel at Bozeman
were unwilling, or unresponsive to hearing him out, and he was escorted
out. He wanted someone to call him on Tuesday."

b6 -2
b7C -

Attached to this communication are emails exchanged between BRA
Agents, Billings, and Helena regarding this incident. In addition also
attached is an e-mail documenting BRAUN's history and a photograph of
BRAUN.

**Pre-Assessment Findings:**

E-mail sent to Helena Agents requesting further checks with law
enforcement in that area on 2/20/13.

2/21/13 - SA [      ] and SA [      ] advise that there is not any
additional information in checking with the MATIC or local police
agencies regarding Braun.

b6 -1
b7C -1

SA [    ] advised that he recently spoke with SA [        ] of the
Immigration Customs Enforcement Agency, Helena, Montana. SA [    ]
advised that on 2/14/2013, Braun contacted his office in person and
made similar demands in person to SA [      ] **When SA [      ] told him
that ICE would not open a case Braun told SA [    ] "I'm going to ruin
your career...and you'll be sorry."**

b6 -1, 2
b7C -1, .

SA [    ] advises that he per an Internet search he determined Braun
was in the Detention Center in January and filed a length complaint in
Federal Court outlining his "paranoid issues."

UNCLASSIFIED

5

**UNCLASSIFIED**

Title:  (U) To document visit of David Braun – Anti Law Enforcement
Re:  62F-SU-A63754, 02/19/2013

SA [        ] has attached a copy of this complaint to this document. The
complaint is a nonsensical rambling filed against "Google, Facebook,
Rotary International, Verizon Wireless, et al. regarding being
electronically surveilled.

**At this stage SA [        ] recommends this matter be placed into
62F-SU-A63754 control file for future reference and the matter be
closed.**

**Recommended Action:**  File to Existing Case

**Entities:**
David Braun (Main, Person, U.S. Person? Yes)

◆◆

b6 –1
b7C –

Braun-89

b7E -5

| | |
|---|---|
| Created From: | 62F-SU-A63754 |
| | Serial 690 |
| Package: | 1A29 |
| Stored Location: | None |
| Summary: | (U) Emails and photo regarding David Braun incident. |
| Acquired By: | ☐ |
| Acquired On: | 02/19/2013 |
| Acquired From: | (U) Special Agent ☐ |
| | FBI |
| | Bozeman, Montana |

b6 -1
b7C -1

Attachments:   (U) EMAIL-PHOTO-BRAUN.htm (85 kB)
(U) Emails and photo regarding David Braun incident.
**Attachment Classification:**
UNCLASSIFIED

(U) Vehicle info on Braun.htm (84 kB)
(U) David Braun vehicle info
**Attachment Classification:**
UNCLASSIFIED

**From:**                                                                                   b6 -2, 3
**Sent:**            Monday, February 18, 2013 8:09 AM                                        b7C -2,
**To:**

**Subject:**        RE: David Braun Alert

Also on this guy,
I had the pleasure of shooting next to him at Logan this past summer. For about 2 hours he went through 30 round AR magazines on 2 different AR's as fast as he could load the mags and pull the trigger. He had good optics on them both and was nailing targets at 300 and 400 yards.
A guy picking brass said he figured Braun left about 7lbs. of brass., which is a lot of rounds fired, for those FBI types not good at math. ☺

**From:**                                                                                   b6 -2, 3
**Sent:** Friday, February 15, 2013 7:27 PM                                                  b7C -2,
**To:**

**Subject:** RE: David Braun Alert

Last known address for Braun is 155 Aurora Lights #B10, Big Sky, MT 59716, P.O. Box 161490. Braun is well known by the deputies in Big Sky for his tirades and strategically placing weapons around his home.

☒

**From:** ⬚                                    b6 -2, 3
**Sent:** Thursday, February 14, 2013 2:43 PM   b7C -2, 3
**To:** Bozeman Police Department;

**Subject:** FW: David Braun Alert

**From** ⬚                                       b6 -1, 2
**Sent:** Thursday, February 14, 2013 2:39 PM    b7C -1,
**To** ⬚
**Subject:** David Braun Alert

I just wanted to put it out there, more as a heads up to anyone out patrolling today:

David Steven Braun, dob 09/30/1948, just left our office very agitated. He demanded that we open up an investigation and demanded to be placed into witness protection program. He was acting suspicious throughout his time here. When he was told there wasn't anything we could do given the information he provided us, he yelled at us and stormed off. He was driving a gray Infiniti SUV as he sped out of our parking lot. I didn't recognize him until I got back to my desk and saw his rap sheet, in which he has cautions for "anti-law enforcement" and "mental subject".

He was turned away from our Helena office earlier today and was referred to us. Just wanted officers to be aware if they come across him in his agitated state.

b6 -1, 2, 3
b7C -1, 2,

**From:**
**Sent:** Thursday, February 14, 2013 1:16 PM
**To:** Bozeman Police Department:

**Subject:** UPDATE on LE notes

RE: [               ] information

The second subject in which paperwork is being filed for is [          ] NOT [          ]

[     ] info:

b6 -1, 2, 3
b7C -1, 2, 3

DOB [              ]
White male, 602, 240, brown and blue

$500 warrant for dog at large.

Bozeman, MT 59715

Braun-93 b6 -1
10/19/2015 b7C -1

All City of Bozeman emails are subject to the Right to Know provisions of Montana's Constitution (Art. II, Sect. 9) and may be considered a "public record" per Sect. 2-6-202 and Sect. 2-6-401, Montana Code Annotated. As such, this email, its sender and receiver, and the contents may be available for public disclosure and will be retained pursuant to the City's record retention policies. Emails that contain confidential information related to individual privacy may be protected from disclosure under law.

All City of Bozeman emails are subject to the Right to Know provisions of Montana's Constitution (Art. II, Sect. 9) and may be considered a "public record" per Sect. 2-6-202 and Sect. 2-6-401, Montana Code Annotated. As such, this email, its sender and receiver, and the contents may be available for public disclosure and will be retained pursuant to the City's record retention policies. Emails that contain confidential information related to individual privacy may be protected from disclosure under law.

From:
Sent:            Thursday, February 14, 2013 2:47 PM                                          b6 -2, 3
To:              Bozeman Police Department;                                                   b7C -2,

Subject:         Vehicle info on Braun

Vehicle information for Braun

From:                            [mailto                                                      b6 -1, 2
Sent: Thursday, February 14, 2013 2:45 PM                                                     b7C -1,
To:
Subject:

JNRAS08W27X210009

                        Class:  PASSENGER CAR/LIGHT TRUCK
                 Model Year:   2007
                       Make:   Infiniti
                      Model:   FX35
                     Series:   FX35
                 Body Style:   4 Dr Wagon Sport Utility
                      Color:   Gray

                                                Plate Information

          License Plate Type:  Private
        License Plate Number:  6C70736
                 Plate State:  MT

[          ] Per [      ] last email.....here's this guys vehicle information.  If you put out any information, you might add his vehicle information.   b6 -1, 2
                                                                                              b7C -1,
Thanks

Special Agent
Federal Bureau of Investigation
1902 W. Dickerson, Suite 205
Bozeman, Montana  59718
Phone -
Fax -

All City of Bozeman emails are subject to the Right to Know provisions of Montana's Constitution (Art. II, Sect. 9) and may be considered a "public record" per Sect. 2-6-202 and Sect. 2-6-401, Montana Code Annotated. As such, this email, its sender and receiver, and the contents may be available for public disclosure and will be retained pursuant to the City's record retention policies. Emails that contain confidential information related to individual privacy may be protected from disclosure under law.

| | |
|---|---|
| **Created From:** | 62F-SU-A63754 |
| | Serial 690 |
| **Package:** | 1A30 |
| **Stored Location:** | *None* |
| **Summary:** | (U) Copy of David Braun Complaint filed in U.S. District Court |
| **Acquired By:** | [ ] |
| **Acquired On:** | 02/21/2013 |
| **Acquired From:** | (U) Special Agent [ ] |
| | FBI |
| | Bozeman, Montana |

b6 -1
b7C -

**Attachments:** (U) Braun v_ Montana.pdf (171 kB)
(U) Copy of David Braun Complaint filed in U.S. District Court
**Attachment Classification:**
UNCLASSIFIED

United States District Courts and Bankruptcy Courts off Columbia

David Steven  Braun
10B Aurora Light Dr.
Big Sky Montana, 59716-1490

**Mailing**
David Braun
PO Box 161490
Big Sky Montana, 59716-1490

**FILED**

JAN 1 7 2013

Clerk, U.S. District and
Bankruptcy Courts

VS

State Of Montana
1301 East 6th Avenue
Helena, MT 59601

Verizon Wireless
140 West Street,
New York, NY 10007
212-395-1000

Google Inc
1600 Amphitheatre Parkway
Mountain View, CA 94043
650-253-0000

JP Morgan
270 Park Avenue New York,
NY 10017
212-270-6600

Facebook
1 Hacker Way  Menlo Park,
CA 94025
(650) 543-4800

Rotary International
One Rotary Center
1560 Sherman Ave.
Evanston, IL 60201-3698, USA

Gallatin County,
311 West Main Street
Bozeman, MT 59715

Case: 1:13-cv-00090
Assigned To : Huvelle, Ellen S.
Assign. Date : 1/22/2013
Description: Pro Se Gen. Civil

Tel: +1 866-976-8279 (toll-free)

646-584-1417 Verizon Cell
775-842-4516 Verizon Cell
704-608-9940 Verizon Cell
406-993-9663 Montana Home
Montana Lincense Number 09067196841309

Dbraun119@gmail.com
David_Braun@msn.com

Judge

District Court:

Civil Case:                    C o M P L A i N T

 

 

I am righting you as among other things I did receive three speeding tickets in Utah in a week's period.  If you remember, the office staff was unable to bring it up on the web or the computer.  I thank the park city court for seeing me and not allowing a snafu to turn into a warrant.  Let me also say, that I am 44 and I off all people realize that I cannot go back or undue history, but I wish to move forward.  I have reason to believe, that over the years, my family and especially me may have been the victim of electronic surveillance such as wire taps on land and cell phone's, especially 65 Easton Lane Moreland Hills Ohio.  Email, cell phone location, credit card and physical surveillance.  I have made several inquiries, and the evasiveness and failure to respond from such high level people as governors and senators indicates that there is credibility to these claims.  I am aware that this could be anyone from a neighbor who has my email password, to someone somewhere on a law enforcement or government payroll who is out of line, to foreign government screwing around on a large scale.  I have no idea.  It is what it is.  The improper use off this information, as well as improper orders buy people seen as senior to me in my place off work, business or schools has done me harm.  I'm 44, know very few people, and am not with any one at the moment.  I was with JP Morgan for 7 years.  It was clear that my immediate supervisors didn't want me socializing with people in the office, and I believe that women in new York were told not to see me as it might affect their position with the firm.  Rumors were also spread around the office that I did not have a college degree, which is not true.  There has been a long history off this behavior surrounding me.  If you need more information, I would be happy to elaborate.  I believe that you will find special files documenting this.

I am not as much interested in know what did this, but how to move forward. I believe that each off the organization that this happened in is liable civilly for allowing this to happen. JP Morgan, Google, Verizon, Facebook, and Microsoft are all very large publically traded companies. It would be very easy for them to issue stock/options in an adult sum 200-300mill without a diluting the float. Also, I believe that the state of Montana, Gallatin County, Bozeman Deconies hospital, state off ohio, Cuyahoga county are also liable.

Could you also please investigate my exact legal state. I was born in Ohio, I believe I may have been upgraded to employee off an intelligence agency, possible NSA for legal purposes. My understanding is that it is illegal to release names or pictures off these people publicly. If this has been done, could someone brief me any other rights/issues that are involved with this. Can I also claim diplomatic immunity?  Can someone explain the intricacies off this if this status has been granted.

 For the purposes of health care claim veteran benefits. I have been milked several times, the long term effects are unknown. Could someone point me to a DR that would be able to asses this.

There have been big, casually dressed people staked out at my big sky post office when I returned from a vacation, possibly from the result off obtaining my travel itinerary. I don't think he was sure I was the person he was looking for, I was not driving my convertible. I realize that this could happen again in the future. Can you let me know If and how I can identify myself as active duty military, or law enforcement for the purposes of carrying a concealed weapon. I would like to avoid confrontation or charges from police, but under the circumstances, it might be nice to be able to carry concealed if I thought something might happen.

Also, it would be nice to have some kind off number to someone in government, that could help with special security problems, and provide information off where to locate in the USA. I like to ski, but if say Wyoming or Colorado would be a better place to be under the circumstances rather than Park City, it would be helpful to know this.

I realize that I'm 44, and events might catch up with me at a later date.  If my health returns, I might at some point be interested in working again, possibly for a government agency. If nothing else than to get away from waitresses and lift operators.

 Please let me bring to your attention I have submitted two complaint to the Montana Medical review board. They allegedly reviewed them, behind my back and came to some ruling without me even behind  allowed to hear who or what was presented to the panel. The transcripts of the hearings have been destroyed, fabricated or not reviewable buy me or an independent court. I noticed that the Gallatin county sheriff and the CEO of Bozeman Hospital retired around the times off these hearings. I wonder if there is any connection to these events. I get a stone wall. I have also made several complaints to local laws enforcements about vandalizimin etc that occurred on my property. The officer has repeatedly refused to get back to me. And had refused to respond as what steps have been taken to

investigate or put a stop to this. He has simply done nothing. I have complained to the undersheriff about this. He simply does not respond in any detail.

Some one opened a face book account in my name. My address book was mined. I did try to report this and several other computer related crimes to local Vegas police. My credit cards were used fragelently and canceled 4-5 times etc. These all went investigated . I have received packages and emails that were obviously fictitious. They were obvious lures to receive my name and address.  These have finally stopped.  I have also been surrounded buy many older people, such as lawyers, and a retired doctor I met in Rotary. I have been sleared publicly and accused of being a Madof without ever being accused off a crime or a day court. I have also been told informally that I should not use my property bye this smartas retired doctor.  It is my belief that some people have made statements to some type off law enforcement  entity which have done me harm. I believe that they are factless. If you could assist in finding them, it would be further basis for the suite. I would be happy to provide further details.  I have approached the local Agencies, such as Montana State attorney general office, Governor's office, Galatian county  sheriff. They have simply refused to respond and I have never gotten buy there secretaries. I am not sure why this is. I have no criminal record worse than traffic tickets. If they have penciled something in, or presented a different Pearson records to justify this,  this would provide further marret for a suite.   People especially refuse to schedule appointments and respond when I use email. This would be an easy question to ask Google and Microsoft.

Could you point me in the right direction to answer these question?

I'm currently in dc. I would be happy to be available to any one hear, in Utah, either on the phone or in person. I do have some savings, but will shortly run out. I believe that this is the hope off many people.

Judge. At this point, I believe local DC law enforcement would like a court order to be compelled to investigate. I am available, I do have some money for my own counsel, and would be happy to provide any more detail or direction on where to look for records or on how to proceed.

I would like to note, that all Jobs interviews have vaporized as if there were something derogatory or as if someone has told people that I am the subject off an on going investigation. I am aware of nothing. I have been sent a letter from a lawyer on a minor issue to one off my email that came back returned to sender because it was addressed to a physically different address. The lawyer refused to tell me where she got the email from. I have continually been put next to a single older person, in plain close that is my friend. If he is fishing or made statement based on his title as DR or Rotary member to any official agency, like judges, fbi, police etc. I would like to know about this. I have not been formally approached or served. This has caused me great harm. I have went several years without a pay check. I believe that this was there intention. I have been denied access to local law enforcement, and medical treatment. I would like to know what court order did this, who obtained this. And if possible be compensated for their statement. I might think off pulling rotaries charitable operating license. I have been repeatedly

asked to go on social outings an then pumped for details about my business and experiences working on wall street in a social and plain close environment. The local authorities have done nothing to stop this or compensate me for this damage.

Thank You for your assistance.

David Braun